United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

v.

D-3 Phanideep Karnati,

    Defendant.

Criminal Case No: 19-cr-20026

Hon. Gershwin A. Drain

---

## Third Forfeiture Bill of Particulars

The United States of America, by and through its counsel, submits this Third Forfeiture Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to supplement the criminal forfeiture allegations included in the Indictment and Forfeiture Bill of Particulars, and to list specific property that the United States intends to forfeit upon Defendants' conviction. (Dkt. Nos. 1, 70, 72.)

This Third Forfeiture Bill of Particulars incorporates by reference, in its entirety, the Indictment, specifically the Forfeiture Allegation, as well as the property set forth in the First and Second Forfeiture Bill of Particulars (Dkt. No. 70 and 72).

Upon being convicted of violating 18 U.S.C. § 371 as charged in Count One of the Indictment, Defendant Phanideep Karnati shall forfeit to the United States any property which constitutes, or is derived from, proceeds obtained directly or indirectly as a result of such violations, pursuant to 18 U.S.C. § 982(a)(6) and/or 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461. As noted in the Second Forfeiture Bill of Particulars, the United States will seek the forfeiture of Defendant's interest of criminal proceeds traceable to **Real Property located at 10808 Symington Circle, Louisville, KY 40241.**

Additionally, the United States will seeks the imposition of a **personal forfeiture money judgment against Defendant Phanideep Karnati in favor of the United States, in the amount of $30,123.42,** representing the total amount of proceeds obtained as a result of Defendant's violation of Count One of the Indictment. The forfeiture money judgment will be reduced by any net proceeds of Real Property located 10808 Symington Circle, Louisville, KY 40241, forfeited to the United States.

//

//

//

//

This notice does not limit the Government from seeking the forfeiture of additional specific property, including substitute assets, or limit the Government from seeking the imposition of additional forfeiture money judgments.

                                      Respectfully submitted,

                                      Matthew Schneider
                                      United States Attorney

                                      S/Gjon Juncaj
                                      Gjon Juncaj (P63256)
                                      Assistant U.S. Attorney
                                      211 W. Fort Street, Ste. 2001
                                      Detroit, Michigan 48226
                                      (313) 226-0209
                                      Gjon.Juncaj@usdoj.gov

Dated: August 21, 2019

## Certificate of Service

I hereby certify that on August 21, 2019, the foregoing was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

                                      S/Gjon Juncaj
                                      Gjon Juncaj (P63256)
                                      Assistant U.S. Attorney
                                      211 W. Fort Street, Ste. 2001
                                      Detroit, Michigan 48226
                                      (313) 226-0209
                                      Gjon.Juncaj@usdoj.gov