UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,                    Criminal No. 19-cr-20026

v.

                                      Hon. Gershwin A. Drain

D-3 Phanideep Karnati,

       Defendant.

## Certificate of Service

I hereby certify that on December 12, 2019 service was made upon the following individuals and entities of the Notice of Preliminary Order of Forfeiture, and Certificate of Service via certified mail and first class mail:

Ramya Karnati
25030 Independence Dr., Apt. 11101
Farmington Hills, MI 48335

                              Respectfully submitted,

                              MATTHEW SCHNEIDER
                              United States Attorney

                              S/Gjon Juncaj
                              Gjon Juncaj (P63256)
                              Assistant U.S. Attorney
                              211 W. Fort Street, Ste. 2001
                              Detroit, Michigan 48226
                              (313) 226-0209
                              Gjon.Juncaj@usdoj.gov