Exhibit A

Original correspondence between students and Mr. Karnati

November 2, 2017 (Preshanna Soundararaj)

November 3, 2017 (Shashank Pokala)

December 16, 2017 (Shivabharath Krishna Kamutam)

January 4, 2018 (Tejaswi Panuganti)

(1) Preshanna Soundararaj

```
Start Time: 11/2/2017 20:07(UTC-4)
Last Activity: 1/31/2018 17:04(UTC-5)
Participants: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640),
15027759375@s.whatsapp.net Phanideep
From: System Message System Message
Timestamp: 11/2/2017 20:07(UTC-4)
Source App: WhatsApp
Body:
Messages to this chat and calls are now secured with end-to-end encryption. Tap for
more info.
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/2/2017 20:07(UTC-4)
Source App: WhatsApp
Body:
Hi Phani .. this is is Preshanna Soundararaj
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/2/2017 20:08(UTC-4)
Source App: WhatsApp
Body:
H4 to F1
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/2/2017 20:08(UTC-4)
Source App: WhatsApp
Body:
Applying for Campbellsville and other universities
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/2/2017 22:14(UTC-4)
Source App: WhatsApp
Body:
Ur email ?
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/2/2017 22:15(UTC-4)
Source App: WhatsApp
Body:
For Quick: process I developed a portal : https://sobetadmissions.com


** NOTE: DON'T SHARE THIS PORTAL WITH ANY ONE WITHOUT INFORMING ME **

STEPS:

1)      Register as New User

2)      As part of registration you will receive an email to your given email (Check
```

```
Hi Phani . Gm . I tried reaching you . Pls call back when free
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/6/2017 13:23(UTC-5)
Source App: WhatsApp
Body:
Sure I iwll call u back !!
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/7/2017 13:34(UTC-5)
Source App: WhatsApp
Body:
Hi phani. I missed your call . Pls call back when you get a chance . I tried calling
back but went to VM
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/9/2017 21:43(UTC-5)
Source App: WhatsApp
Body:
Hi phani . Pls forward the details of the Farmington and Ottawa universities
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/9/2017 21:43(UTC-5)
Source App: WhatsApp
Body:
Preshanna.ss@gmail.com
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/14/2017 11:32(UTC-5)
Source App: WhatsApp
Body:
Hi phani
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/14/2017 11:32(UTC-5)
Source App: WhatsApp
Body:
I have forwarded the Farmington appln
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/14/2017 11:32(UTC-5)
Source App: WhatsApp
Body:
Pls let.me know once you have reviewed and submitted tot he university.
------------------------------
From: 16234148640@s.whatsapp.net Preshanna (+1 (623) 414-8640)
Timestamp: 11/14/2017 11:32(UTC-5)
Source App: WhatsApp
Body:
Also pls let me know if any docnrequired
```

④ Shashank Pokala

```
Start Time: 11/3/2017 03:22(UTC-4)
Last Activity: 11/3/2017 21:45(UTC-4)
Participants: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870),
15027759375@s.whatsapp.net Phanideep
From: System Message System Message
Timestamp: 11/3/2017 03:22(UTC-4)
Source App: WhatsApp
Body:
Messages to this chat and calls are now secured with end-to-end encryption. Tap for
more info.
------------------------------
From: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870)
Timestamp: 11/3/2017 03:22(UTC-4)
Source App: WhatsApp
Body:
Hi bro this is Shashank
Evng matladamu kada

First name: Shashank
Last name: Pokala
Email:Shashank4upokala@gmail.com
------------------------------
From: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870)
Timestamp: 11/3/2017 03:23(UTC-4)
Source App: WhatsApp
Body:
First name: Mukesh Kumar
Last name: Reddypelly
Email:mukeshreddypelly@gmail.com
------------------------------
From: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870)
Timestamp: 11/3/2017 13:35(UTC-4)
Source App: WhatsApp
Body:
Bro email pampara checklist
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/3/2017 13:50(UTC-4)
Source App: WhatsApp
Body:
Hi
------------------------------
From: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870)
Timestamp: 11/3/2017 13:50(UTC-4)
Source App: WhatsApp
Body:
Hi bro
------------------------------
From: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870)
Timestamp: 11/3/2017 13:50(UTC-4)
```

```
Source App: WhatsApp
Body:
Email chesta anaru kada
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/3/2017 13:51(UTC-4)
Source App: WhatsApp
Body:
For Campbellsville?
------------------------------
From: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870)
Timestamp: 11/3/2017 13:51(UTC-4)
Source App: WhatsApp
Body:
Farmington university
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/3/2017 13:51(UTC-4)
Source App: WhatsApp
Body:
Ok sending it now
------------------------------
From: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870)
Timestamp: 11/3/2017 13:51(UTC-4)
Source App: WhatsApp
Body:
Meru aa university bro
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/3/2017 14:24(UTC-4)
Source App: WhatsApp
Body:
U got it ?
------------------------------
From: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870)
Timestamp: 11/3/2017 14:25(UTC-4)
Source App: WhatsApp
Body:
Yes
------------------------------
From: 17076532870@s.whatsapp.net Shashank Varma (+1 (707) 653-2870)
Timestamp: 11/3/2017 19:14(UTC-4)
Source App: WhatsApp
Body:
Bro meku aditya ani okathanu cal chestadu regarding our admit in farmington
Okkasari athani contact avandi
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/3/2017 21:24(UTC-4)
Source App: WhatsApp
```

(30) Shivabharath Krishna Ramputam

```
Start Time: 11/20/2017 13:35(UTC-5)
Last Activity: 12/7/2017 08:07(UTC-5)
Participants: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363),
15027759375@s.whatsapp.net Phanideep
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/20/2017 13:35(UTC-5)
Source App: WhatsApp
Body:
Hi bro
------------------------------
From: System Message System Message
Timestamp: 11/20/2017 13:35(UTC-5)
Source App: WhatsApp
Body:
Messages to this chat and calls are now secured with end-to-end encryption. Tap for
more info.
------------------------------
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/20/2017 13:59(UTC-5)
Source App: WhatsApp
Body:
Need ur help for univ admission
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/20/2017 14:00(UTC-5)
Source App: WhatsApp
Body:
For sure
------------------------------
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/20/2017 14:00(UTC-5)
Source App: WhatsApp
Body:
Thank you bro for quick response
------------------------------
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/20/2017 14:01(UTC-5)
Source App: WhatsApp
Body:
Pls guide me
------------------------------
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/20/2017 19:09(UTC-5)
Source App: WhatsApp
Body:
Bro pls let me how to get an admission
------------------------------
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/21/2017 02:17(UTC-5)
Source App: WhatsApp
```

```
Body:
Shivabharath krishna kamutam
-------------------------------
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/21/2017 02:18(UTC-5)
Source App: WhatsApp
Body:
Campellsville university and farmington university
-------------------------------
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/21/2017 02:18(UTC-5)
Source App: WhatsApp
Body:
Jan 2018
-------------------------------
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/21/2017 03:42(UTC-5)
Source App: WhatsApp
Body:
Kamtamsiva@gmail.com
-------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/22/2017 12:38(UTC-5)
Source App: WhatsApp
Body:
Below is Campbellsville
-------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/22/2017 12:38(UTC-5)
Source App: WhatsApp
Body:
For Quick: process I developed a portal : https://sobetadmissions.com <%22>
** NOTE:- DON'T SHARE THIS PORTAL WITH ANY ONE WITHOUT INFORMING ME **
STEPS: 1) Register as New User 2) Start filling the "Regaional Center Graduate
application" following the steps and Submit 3) Then it would take you to
"Application fee" Link pay $50 4) Let me know once done , I will verify and Submit
to university.
-------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 11/22/2017 12:38(UTC-5)
Source App: WhatsApp
Body:
Farmington chekc list to ur email
-------------------------------
From: 15106745363@s.whatsapp.net Shivabharath Krishna (+1 (510) 674-5363)
Timestamp: 11/23/2017 16:11(UTC-5)
Source App: WhatsApp
Body:     ,
Bro Campellsville and farmington ki financial dox enta limit chuponchali
-------------------------------
```

*Tejaswi Panuganti*

```
Start Time: 12/15/2017 23:57(UTC-5)
Last Activity: 12/18/2017 12:47(UTC-5)
Participants: 13046549639@s.whatsapp.net Teju (+1 (304) 654-9639),
15027759375@s.whatsapp.net Phanideep
From: System Message System Message
Timestamp: 12/15/2017 23:57(UTC-5)
Source App: WhatsApp
Body:
Messages to this chat and calls are now secured with end-to-end encryption. Tap for more info.
------------------------------
From: 13046549639@s.whatsapp.net Teju (+1 (304) 654-9639)
Timestamp: 12/15/2017 23:57(UTC-5)
Source App: WhatsApp
Body:
Hi this is Tejaswi
------------------------------
From: 13046549639@s.whatsapp.net Teju (+1 (304) 654-9639)
Timestamp: 12/15/2017 23:58(UTC-5)
Source App: WhatsApp
Body:
Harsha gave me your contact
------------------------------
From: 13046549639@s.whatsapp.net Teju (+1 (304) 654-9639)
Timestamp: 12/16/2017 00:00(UTC-5)
Source App: WhatsApp
Body:
Any update on the admission for Campbellsville and Farmington universities??
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 12/16/2017 15:58(UTC-5)
Source App: WhatsApp
Body:
What is ur full name ?
------------------------------
From: 13046549639@s.whatsapp.net Teju (+1 (304) 654-9639)
Timestamp: 12/16/2017 15:58(UTC-5)
Source App: WhatsApp
Body:
Tejaswi Panuganti
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 12/16/2017 16:02(UTC-5)
Source App: WhatsApp
Body:
U will get by Monday !
------------------------------
From: 13046549639@s.whatsapp.net Teju (+1 (304) 654-9639)
Timestamp: 12/16/2017 16:02(UTC-5)
Source App: WhatsApp
```

```
Body:
Ok
------------------------------
From: 13046549639@s.whatsapp.net Teju (+1 (304) 654-9639)
Timestamp: 12/16/2017 16:02(UTC-5)
Source App: WhatsApp
Body:
For both thr universities?
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 12/16/2017 16:15(UTC-5)
Source App: WhatsApp
Body:
FARMINGTON u will get Monday
------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 12/16/2017 16:17(UTC-5)
Source App: WhatsApp
Body:
I iwll check on Campbellville
------------------------------
From: 13046549639@s.whatsapp.net Teju (+1 (304) 654-9639)
Timestamp: 12/16/2017 16:59(UTC-5)
Source App: WhatsApp
Body:
Ok
------------------------------
From: 13046549639@s.whatsapp.net Teju (+1 (304) 654-9639)
Timestamp: 12/18/2017 12:47(UTC-5)
Source App: WhatsApp
Body:
Hi any information yet ?
------------------------------
```