# Exhibit C

Transcription of June 8, 2018 meeting



U.S. Legal Support

September 10, 2019

Anjali Prasad
Prasad Legal PLLC
117 West Fourth St.
Suite 201
Royal Oak, MI  48067

Re: Karnati Transcription

To whom it may concern:

This letter is to inform you that the 3 court reporters I had listen to the audio from the video of the meeting on June 8, 2018 could not transcribe it due to the very heavy accent of the gentleman who came in late to the meeting. I did have 3 different reporters, that are very good at transcribing, listen to the audio and none of them could make out what the gentleman was talking about.

Sincerely,

Meredith Ann Thorson
Office Manager
Sender's title or department

Enclosure

30800 Telegraph Road, Suite 2925, Bingham Farms, Michigan 48025