Exhibit D

Karnati Student List

| # | Name | Date | Note | | |
|---|---|---|---|---|---|
| 1 | SOUNDARARAJ, PRESHANNA | 1/20/18 | | | |
| 2 | RAVIPATI, GOPI | 1/18/18 | | | |
| 3 | KOMMINENI, ADITYA | — | No one by that name | | |
| 4 | POKALA, SHASHANK | 1/11/18 | | | |
| 5 | KODUGANTI, ADITYA REDDY | 1/15/18 | | | |
| 6 | NARALASETTY, SHYAM PRAKASH BABU | 12/18/17 | | | |
| 7 | KATHARAMALLA, ANILA | 1/9/18 | | | |
| 8 | BEZAWADA, MADHUSUDHAN REDDY | NO | | | |
| 9 | BANURI, ROHAN | NO | | | |
| 10 | POTARLANKA, BALA NAGA DURGA | NO | | | |
| 11 | MOOLA, RAMA PHANI KUMAR | NO | | | |
| 12 | PALVAI, RAMESH REDDY | NO | | | |
| 13 | BEGUDAM, ABINOV | NO | | | |
| 14 | PINNAMANENI, PAVAN KUMAR | NO | | | |
| 15 | PEMMASANI, VENKATANAIDU | NO | | | |
| 16 | LANKA, RAVI PRASAD | 1/8/18 | | | |
| 17 | VANGUR, DHEERAJ KUMAR REDDY | — | No one by that name | | |
| 18 | GANAPALAM RUDRAYYA, KASTHURI RANGA | 1/26/18 | | | |
| 19 | PANUGANTI, TEJASWI | 1/2/18 | | | |
| 20 | ADAPA, KISHORE | NO | | | |
| 21 | THADAKAPALLY, KRANTHI KIRAN REDDY | 3/5/18 | | | |
| 22 | KANMANTHA REDDY, NITHIN | NO | | | |
| 23 | MEESHALA, VENKATA SAI NIRMAL KUMAR | NO | | | |
| 24 | YERRAMSHETTI, SHIREESHA | NO | | | |
| 25 | SHANMUGAM, HARIHARAN | NO | | | |
| 26 | BUDDALAMOHAN, VINODH | 1/8/18 | | | |
| 27 | BUDDHAVARAPU, HARI VAMSHI | NO | | | |
| 28 | ANUMULA, VISHAL | 2/12/18 | | | |
| 29 | GUTTA, GOPI KRISHNA | 2/12/18 | | | |
| 30 | KAMUTAM, SHIVABHARATH KRISHNA | 1/9/18 | | | |
| 31 | BACHALA, BHARAT | 1/10/18 | | | |
| 32 | BANDARI, SUNIL | NO | | | |
| 33 | CAVERI, SAI VARA PRASAD | NO | | | |
| 34 | KAMARAJ, SATISH KUMAR | 2/5/18 | | | |
| 35 | ADLOORI, KRISHNAKANTH | NO | | | |
| 36 | ALLA, SAI CHANDRA REDDY | NO | | | |
| 37 | MACHARLA, SRUJITH CHAND | 1/26/18 | | | |
| 38 | KAMATHAM, SHARATH | No I20 received | NO | | |
| 39 | PALANIAPPAN, SARAVANAN | 1/30/18 | | | |
| 40 | COIMBATORE MURUGESAN, KARTHIKEYANI | 1/30/18 | | | |
| 41 | SUPPALA, CHETAN | NO | | | |
| 42 | CHINTHAREDDY, THYAGARAJULU REDDY | 1/5/18 | | | |
| 43 | LAVANAM, SANDEEP | 2/13/18 | | | |
| 44 | THUNIKIPATI, SHIRISHA | NO | | | |
| 45 | BALREDDYGUDA, SARIKA | Defer From Jan | NO | | |
| 46 | YELLARAM, SHARATH REDDY | Defer From Jan | NO | | |
| 47 | GAJULA, ASHISH | 12/4/17 | | | |

Sheet1 | Sheet2 | Sheet3 | +

| Name | Date | Notes |
|---|---|---|
| BALREDDYGUDA, SARIKA | NO | Defer From Jan |
| YELLARAM, SHARATH REDDY | NO | Defer From Jan |
| GAJULA, ASHISH | 12/4/17 | |
| APPARAGANI, SRAVAN | 12/4/17 | |
| WANG, HAIQING | 1/2/18 | |
| HOODA, FARZANA | 12/21/17 | |
| MUDUNURU, SREEJA | 3/2/18 | |
| KATTA, ROHITH REDDY | — | No one by that name |
| THUNIKIPATI, SHIRISHA | NO | |
| GUNDA, SRIHARSHA | NO | |
| LADDIPALLI, SAI CHARAN | 01/22/18 | |
| GANDHAM, JYOTHI | NO | |
| NAGOJU, RAVI KIRAN | — | No one by that name |
| Yashwanth kolluru | 3/7/18 | |
| Siva harsha illa | NO | |
| Swamy saranala | 3/5/18 | |
| Sambashiva naspuri | 3/6/18 | |
| Jagadeesh babu koduri | 3/6/18 | |
| Vamshi rekapalli | 3/5/18 | |
| Manik vojjala | NO | |
| Gnana prakash reddy tiyyagura | NO | |
| Pranay sai kancharla | 3/8/18 | |
| Asha vidya kusuma | 3/6/18 | |
| Neehal kumar gunjala | 3/6/18 | |
| Sairam gangishetty | 3/22/18 | |
| Sai varaprasad caveri | NO | |
| Hitesh kumar sunkarapalli | NO | |
| Venkat reddy ponna | 3/6/18 | |
| Prashanth reddy jagirapu | 3/6/18 | |
| Abhilash kumar budida | 3/5/18 | |