Exhibit E

Unofficial transcript of telephone call between Ali Milani and Phanideep Karnati (December 8, 2018)

Karnati (one and only) call w/ Ali to fix meeting
12-8-18

Ali: Hello

Phanideep: Hey hi Ali, How are you?

Ali: Phanideep Karnati, how are you?

Phanideep: doing good

Ali: did you ever get my messages? i called you couple of times and left a message

Phanideep: I am really sorry if i miss them. but i really yup

Ali: busy

Phanideep: not exactly not busier than you .probably somehow i missed i am really sorry

Ali: no problem no problem

Phanideep: generally many students would calling me so

Ali: yeah

Phanideep: when i am at work i just try to answer them later but i think i am missing ...ali. yeah ali

Ali: Did you ever ... talk with Santosh?

Phanideep: yeah yes yes

Ali: did santosh explain to you what's going on here? or not?

Phanideep: you are right exactly yeah he explained me

Ali: he explain to you that you know we have investers we are trying to expand to California and other states we need to

recrute the guys who can

Phanideep: exactly

Ali: so would be able to come here on 30th. come here on 29th and we will have meeting on 30th.

Phanideep: 29th? you want me to come there on 29th?

Ali: are you still in Louisville?

Phanideep: i am in Louisville.

Ali: ok

Phanideep:  how about 28 th? would that be fine?

Ali: for the meeting is actually on 30th. so,

Phanideep: 30th ok

Ali: i mean i don't you know

Phanideep: yeah i understand

Ali: you don't want to do 2 days

Phanideep: no no then i am fine. i have other comittments also. i wil do one thing. so the 30 th what time the meeting will be there ali?

Ali: 8 AM it's in the morning

Phanideep: Ho 8 AM. That's perfectly fine then. i will come  i will come there on 30 th i mean 29 th night i will be reaching there

Ali: ok

Phanideep: and the

Ali: you gonna drive up? or you gonna fly up?

Phanideep: i will go into drive probably that's what i am thinking

Ali: alright. you know what we will keep in touch i will give you call when you guys ...to basically finalize the meeting and everything ok?

Phanideep: definitely ali. ali can i get you number probably that's the reason why i missing

Ali: sure

Phanideep: why i missing so that i can store that number

Ali: 248

Phanideep: just give me a second  248

Ali: 702

Phanideep: 702

Ali: 6316

Phanideep: 6 3 1 6 right?

Ali: anything on those other scholls anything like that we talked about no nothing?

Phanideep: you mean to say to move the students out?

Ali: yeah

Phanideep: nothing much Ali on that one like they are they are students are very much comfortable with Farmington. but we can we can definitely

talk about that one also

Ali: How is WIlliam jessup doing? you talk with them? and the day

Phanideep:  right right

Ali: are they bringing a lot of people? or no

Phanideep: not too much. they are ok i mean not too much they are ok not big as Farmington. farmington is better farmington is better for

anybody to promote actually

Ali: yeah

Phanideep: yeah

Ali:  you know i had another question do you do you actually charge these students that you... to like williamjessup and those other schools? or no?

Phanideep: No No ali

Ali: so you just get same type of arrangement you will get money on other end

Phanideep: Right exactly yeah yeah

Ali: alright sounds good. so i will give a cal some time in early January may be like you know 1 st or 2nd week of january and  we will try to finalize

our plans

Phanideep: yeah sure

Ali: ...

Phanideep: yeah sure thank you bye bye