Exhibit F

Karnati Interrogation Official Transcript

## In the Matter Of:

## TRANSCRIPTION OF:

## POST ARREST INTERVIEW

January 30, 2019

*Prepared for you by*



**Bingham Farms/Southfield • Grand Rapids**

Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw • Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 1–4

**Page 1**

```
 1
 2
 3
 4
 5                    Post Arrest Interview
 6                        1-30-2019
 7
 8     _____
 9
10
11        Transcribed by Renee J. Ogden, CSR-3455, RPR.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 2**

1    DETECTIVE GOUREY:  Okay.  We have to record
2  our interviews.  Okay.  So we're going to record the
3  interview.  Don't -- I mean, it's just so -- so it's
4  all on tape for me -- you know, they can come back and
5  say, you know, as a police officer, you're good or
6  whatever.
7    MR. KARNATI:  Yeah.
8    DETECTIVE GOUREY:  Okay.  All right.
9  Mr. Karnati, right?
10    MR. KARNATI:  Right.
11    DETECTIVE GOUREY:  Karnati is how I can say
12  your last name?
13    MR. KARNATI:  That is last name.
14    DETECTIVE GOUREY:  Oh, Karnati is your last
15  name?
16    MR. KARNATI:  Yeah, yeah, yeah.
17    DETECTIVE GOUREY:  How do you say your
18  first name?
19    MR. KARNATI:  Phanideep.
20    DETECTIVE GOUREY:  Mr. Karnati, my name is
21  Dan Gourey, Special Agent Dan Gourey.  This is special
22  agent Josh Edwards.  Okay.  Today you are under arrest
23  for visa fraud.  Okay.  I'm going to explain to you
24  everything and we're going to go over everything.
25  Okay?

**Page 3**

1    MR. KARNATI:  Okay, sir.
2    DETECTIVE GOUREY:  Right now we want to sit
3  and have a conversation with you.
4    MR. KARNATI:  Okay.
5    DETECTIVE GOUREY:  Before we sit down and
6  talk, you have rights.  Okay.  You have constitutional
7  rights.  I'm going to explain to you what your rights
8  are and we're going to go from there.
9    You can read and write English really good?
10    MR. KARNATI:  Yeah.
11    DETECTIVE GOUREY:  Okay.  Great.  So I have
12  these state -- like basically we have a few sentences
13  here I'm going to read.  Do you want me to read it to
14  you while you read along or do you want to read them?
15    MR. KARNATI:  Yeah, I can read them.
16    DETECTIVE GOUREY:  Why don't you read them
17  out loud.
18    MR. KARNATI:  Before we ask you any
19  questions, it is my duty to advise you of your rights.
20  You may have right to remain silent.
21    DETECTIVE GOUREY:  All right.  Hang on.  Do
22  you understand that?
23    MR. KARNATI:  Yes.
24    DETECTIVE GOUREY:  Go ahead.  Read the next
25  line.

**Page 4**

1    MR. KARNATI:  Anything you say can be used
2  against you in a court of law or other proceedings.
3    DETECTIVE GOUREY:  Okay.  Do you understand
4  that?
5    MR. KARNATI:  Anything you say can be used
6  against you in a court of law.
7    DETECTIVE GOUREY:  Okay.
8    MR. KARNATI:  You have the right to consult
9  any attorney before making any statement or answering
10  any question.
11    DETECTIVE GOUREY:  Okay.  Do you understand
12  that?
13    MR. KARNATI:  Yes.
14    You have a right to have an attorney
15  present with you during the questioning.
16    DETECTIVE GOUREY:  Okay.  Do you understand
17  that?
18    MR. KARNATI:  Yeah.
19    DETECTIVE GOUREY:  Okay.
20    MR. KARNATI:  If you cannot afford an
21  attorney, one will be appointed for you before any
22  questioning if you wish.
23    DETECTIVE GOUREY:  Okay.  Do you understand
24  that?
25    MR. KARNATI:  Yes, sir.

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 5–8

Page 5

1      DETECTIVE GOUREY:  Okay.
2      MR. KARNATI:  If you decide to answer the
3   question now, you still have a right to stop the
4   questioning at any time (Inaudible).  You have a right
5   to stop the questioning for the purpose of consulting
6   an attorney.
7      DETECTIVE GOUREY:  Do you understand that?
8      MR. KARNATI:  Yeah.
9      DETECTIVE GOUREY:  Okay.  So basically we
10  just want to have a conversation with you.  There's
11  some things that I want to know from you.  There's
12  some things that I'm sure you want to know from me.
13  We want to sit and have this conversation.
14     MR. KARNATI:  Yeah.
15     DETECTIVE GOUREY:  But before we have this
16  conversation, you have to acknowledge that you
17  understand these and you want to talk right now
18  without an attorney.  You always have that right.  You
19  always have the right to stop --
20     MR. KARNATI:  Yeah.
21     DETECTIVE GOUREY:  -- talking.  You always
22  have the right to an attorney -- whatever you want.
23  Just because you do this now doesn't mean --
24     MR. KARNATI:  Yeah.
25     DETECTIVE GOUREY:  -- you lose your rights

Page 6

1   or anything.  You always have these rights.
2      MR. KARNATI:  Okay.
3      DETECTIVE GOUREY:  Okay.  Do you want to
4   talk to us right now?  Do you want to sit and have a
5   conversation?
6      MR. KARNATI:  We can -- I mean, at least to
7   start with I can have a conversation.
8      DETECTIVE GOUREY:  Okay.  Yeah, definitely.
9   Okay.  So go ahead -- read here, make sure I have --
10  read it out loud and I want you to print your name,
11  sign your name and date for me and we're going to
12  start -- we're going to go over everything with you.
13     MR. KARNATI:  Sure.
14     Thank you so much for making me so
15  comfortable.
16     DETECTIVE GOUREY:  No problem.  No problem.
17     MR. KARNATI:  I'm still trying to see what
18  mistake I did.  Best of my knowledge --
19  don't(Inaudible).
20     DETECTIVE GOUREY:  We'll go over everything
21  with you here.
22     MR. KARNATI:  Sure, sir.
23     DETECTIVE GOUREY:  All right.
24     MR. KARNATI:  If I want to take an
25  attorney, can I make any call or something?

Page 7

1      DETECTIVE GOUREY:  Yeah, I mean, if you
2   need to make a call to an attorney, if you have an
3   attorney that you have and you need to make that call,
4   yeah, we'll definitely make that happen.
5      MR. KARNATI:  Okay.
6      DETECTIVE GOUREY:  All right.  So we had,
7   like, the first part of the question, you know, your
8   first name is Phanideep Karnati, correct?
9      MR. KARNATI:  Correct.
10     DETECTIVE GOUREY:  All right.  You're a
11  citizen of --
12     MR. KARNATI:  India.
13     DETECTIVE GOUREY:  India.  Your home
14  address is the one we talked about earlier on --
15     MR. KARNATI:  10808 Symington, sir.
16     DETECTIVE GOUREY:  In Louisville?
17     MR. KARNATI:  Yes.
18     DETECTIVE GOUREY:  How long have you been
19  at that address?
20     MR. KARNATI:  Two years.  I bought that
21  home two years back.
22     DETECTIVE GOUREY:  So it's a home?
23     MR. KARNATI:  Yes, it's a home.
24     DETECTIVE GOUREY:  Okay.  And you are
25  married?

Page 8

1      MR. KARNATI:  Yeah.
2      DETECTIVE GOUREY:  To, you said, Ramya?
3      MR. KARNATI:  Yeah.
4      DETECTIVE GOUREY:  Okay.  All right.  Did
5   you come to the United States as an F-1 student?
6      MR. KARNATI:  No, sir.
7      DETECTIVE GOUREY:  How did you come to the
8   United States?
9      MR. KARNATI:  H-1.
10     DETECTIVE GOUREY:  H-1?
11     MR. KARNATI:  Yeah, work visa.
12     DETECTIVE GOUREY:  H-1B?
13     MR. KARNATI:  Yeah.
14     DETECTIVE GOUREY:  When did you first come
15  to the United States as an H-1B?
16     MR. KARNATI:  I came to the United States
17  in 2011, January 9th.
18     DETECTIVE GOUREY:  Did you go to any
19  schools or anything like that?
20     MR. KARNATI:  I'm going to school now, sir,
21  but not as an F-1 -- to study, actually to study.  So
22  I'm going to evening classes every Tuesday, Wednesday,
23  and Thursday to the University of Louisville.  I'm
24  working, I'm going to school.
25     DETECTIVE GOUREY:  And you're still on the

, POST ARREST INTERVIEW
01/30/2019

Pages 9–12

**Page 9**

1  H-1B?

2      MR. KARNATI:  Yes, sir.  It's valid until

3  2020.

4      DETECTIVE GOUREY:  Did you go to a

5  consulate to obtain your H-1B visa?

6      MR. KARNATI:  Yes, sir, I went to

7  (Inaudible) H-1B visa?

8      DETECTIVE GOUREY:  Go ahead.  Write that

9  down for me.  Which consulate did you go to?  Just

10  write it down for me.

11      MR. KARNATI:  (Inaudible) consulate.  It's

12  the consulate in (Inaudible) it's consulate in -- that

13  is in 2011.

14      DETECTIVE GOUREY:  All right.

15      MR. KARNATI:  2010, end of 2010.

16      DETECTIVE GOUREY:  Okay.  In 2010.  Okay.

17      MR. KARNATI:  End of 2010 and into 2011.

18      DETECTIVE GOUREY:  Okay.  I'll write it

19  down.

20      All right.  In order to maintain your

21  status, you have to work in a specific -- do you have

22  to work in a specific field or what do you have to do?

23      MR. KARNATI:  Yes, I have to work in an IT

24  job, like, so that's what I am doing.

25      DETECTIVE GOUREY:  Okay.  What brings you

**Page 10**

1  to Michigan?

2      MR. KARNATI:  So here I have a friend, so

3  actually I'm just looking for my wife's admission

4  also.  So here there is a university called Farmington

5  University out of Farmington.  One of my friends who

6  is doing master's.

7      DETECTIVE GOUREY:  Okay.  I'm sorry.  Go

8  ahead and speak up a little bit louder.  I'm having a

9  hard time hearing you.  I have a bad ear.

10      MR. KARNATI:  Okay.  All right.  Actually,

11  I'm just planning to get my wife to do some master's

12  here.

13      DETECTIVE GOUREY:  So you're planning on

14  bringing your wife here for school?

15      MR. KARNATI:  For school.

16      DETECTIVE GOUREY:  Okay.  How come your

17  wife didn't come then if she's planning on going to

18  school?

19      MR. KARNATI:  No, it is not.  She's going

20  to go to school.  There is a university.  I just

21  wanted -- there is a friend who did master's here.  So

22  I just thought of talking to him.  I know him, friends

23  for a time.  I thought of talking to him and --

24      DETECTIVE GOUREY:  What's his name?

25      MR. KARNATI:  Santosh.

**Page 11**

1      DETECTIVE GOUREY:  Santosh?

2      MR. KARNATI:  Yeah.

3      DETECTIVE GOUREY:  Was Santosh -- so you

4  were coming to meet Santosh?

5      MR. KARNATI:  Santosh, yes, sir.

6      DETECTIVE GOUREY:  How do you know Santosh?

7      MR. KARNATI:  I know him right from the

8  beginning like through the common friend.  It has been

9  a long time.

10      DETECTIVE GOUREY:  So it's been a long

11  time?  How long do you think?

12      MR. KARNATI:  It's just probably two years.

13      DETECTIVE GOUREY:  So about two years

14  you've known him?

15      MR. KARNATI:  Yeah.

16      DETECTIVE GOUREY:  Okay.  And what's --

17  what were you guys going to talk about when you came

18  here?

19      MR. KARNATI:  For my wife's admission is

20  one of the main agendas.  I want to talk about and I

21  want to see how the university is and if I can get

22  really the subjects.  Those were the things.  He told

23  me he could meet with -- I don't know his name, the

24  director or something like that.  So that it's -- when

25  I did some research, we found that this is some

**Page 12**

1  cheaper university because I can't pay for everything

2  at the same time because I'm also going to school.

3  I'm looking for some university which fees are

4  reasonable.

5      DETECTIVE GOUREY:  So you came to talk to

6  him about your wife's admission to the University of

7  Farmington?

8      MR. KARNATI:  Yeah.

9      DETECTIVE GOUREY:  Okay.  Are you going to

10  go visit the university?

11      MR. KARNATI:  Yes, sir.

12      DETECTIVE GOUREY:  Have you ever been there

13  before?

14      MR. KARNATI:  No, no, not before, sir.

15      DETECTIVE GOUREY:  You've never been there

16  before?

17      MR. KARNATI:  No.

18      DETECTIVE GOUREY:  Okay.  When did --

19  you've never been inside there before?  You have never

20  been inside their building or anything like that?

21      MR. KARNATI:  No, sir.

22      DETECTIVE GOUREY:  How did you find out

23  about the University of Farmington?

24      MR. KARNATI:  I did Google and I also asked

25  a couple of friends.

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 13–16

Page 13

1          DETECTIVE GOUREY:  How many friends
2 recommended it to you?
3          MR. KARNATI:  One or two friends.
4          DETECTIVE GOUREY:  What were their names?
5          MR. KARNATI:  One is Santosh and I mean,
6 exactly two friends.  Normally like I was looking for
7 admission.
8          DETECTIVE GOUREY:  What's Santosh's first
9 name?
10          MR. KARNATI:  I don't know exactly.  I
11 think it is Samma or something like that.
12          DETECTIVE GOUREY:  Samma or Samar?
13          MR. KARNATI:  I think it is Samar probably.
14          DETECTIVE GOUREY:  Samar?  Okay.  All
15 right.  Who else do you know that went to the
16 University of Farmington?
17          MR. KARNATI:  Not many people, sir.  I
18 mean, I'm not much with that University of Farmington
19 because I live in Louisville.  So I only know Samar.
20          DETECTIVE GOUREY:  Okay.  Do you mind if we
21 take a look at your phone?
22          MR. KARNATI:  Sure.
23          DETECTIVE GOUREY:  Do you have a computer
24 with you as well?
25          MR. KARNATI:  Yes.

Page 14

1          DETECTIVE GOUREY:  All right.  How do you
2 spell your last name?  Here I have got it.  Is this
3 how you spell your first name?
4          MR. KARNATI:  Yes.
5          DETECTIVE GOUREY:  And that's how you spell
6 your last name, huh?  Okay.
7          MR. KARNATI:  Can you just give me some
8 idea like why, I guess?
9          DETECTIVE GOUREY:  Yes, yeah.  Are you the
10 owner of -- what do you have a computer?  You have a
11 computer with you as well?
12          MR. KARNATI:  Yes, sir.
13          DETECTIVE GOUREY:  Can we look at that too?
14          MR. KARNATI:  Sure, sir.
15          DETECTIVE GOUREY:  Computer and a phone.
16 Any electronic media, any other thumb drives or
17 anything like that?
18          MR. KARNATI:  No.
19          DETECTIVE GOUREY:  All right.  Do you
20 understand the English very well?  I know I have asked
21 you that before, correct?
22          MR. KARNATI:  Yeah.
23          DETECTIVE GOUREY:  Yep?  Okay.
24          Let's see, what kind of phone is it?
25          MR. KARNATI:  IPhone.

Page 15

1          DETECTIVE GOUREY:  IPhone what?
2          MR. KARNATI:  IPhone 10.
3          DETECTIVE GOUREY:  IPhone 10?
4          MR. KARNATI:  Yeah.
5          DETECTIVE GOUREY:  All right.  What kind of
6 computer is it?
7          MR. KARNATI:  MacBook.
8          DETECTIVE GOUREY:  MacBook Pro?
9          MR. KARNATI:  Yeah.
10          DETECTIVE GOUREY:  What's your password to
11 get on your iPhone X?
12          MR. KARNATI:  060505.
13          DETECTIVE GOUREY:  060505.
14          What's the password to get on to your
15 MacBook?  You want to write it down for me?  Write it
16 down under MacBook Pro.  If it's capital just make it
17 big, if it's lower case, just make it small.
18          MR. KARNATI:  We do share the password
19 (Inaudible).
20          DETECTIVE GOUREY:  It's up to you.  I mean,
21 this is up to you.  I mean, we're asking to -- we're
22 asking you.  Can we look at your computer?  Can we
23 look at your phone?  If you let us look at your
24 computer, we need the password in order to get on it.
25 He is a computer forensic, Josh Edwards is a computer

Page 16

1 forensic guy.  He explain it probably further.
2          SPECIAL AGENT EDWARDS:  This is your chance
3 to show how cooperative you are, that you're a good
4 person, and you have nothing to hide.  If you give us
5 the password, we can take a look and be done with it.
6          MR. KARNATI:  Yeah.  It is my son's name.
7 (Inaudible) like Visa, but I never did any Visa fraud
8 or something like that, sir.
9          DETECTIVE GOUREY:  Okay.  We'll get into
10 it.  So why --
11          MR. KARNATI:  It's a V.
12          DETECTIVE GOUREY:  Oh, that's V.  So V is
13 capitalized?
14          MR. KARNATI:  No, it's small.
15          DETECTIVE GOUREY:  V is small?
16          MR. KARNATI:  Yeah.
17          DETECTIVE GOUREY:  And then E like echo?
18          MR. KARNATI:  E like echo.
19          DETECTIVE GOUREY:  E like echo.  Is that
20 another E like echo?
21          MR. KARNATI:  Yeah.  V, K, H, S.
22          DETECTIVE GOUREY:  And then that's a U?
23          MR. KARNATI:  KHS.
24          DETECTIVE GOUREY:  This is a K?
25          MR. KARNATI:  K, yeah.

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 17–20

Page 17

1       DETECTIVE GOUREY:  So v-e-e-k, and that's
2   an s-h?
3       MR. KARNATI:  S-h, yeah.
4       DETECTIVE GOUREY:  And then 060505?
5       MR. KARNATI:  Yeah.
6       DETECTIVE GOUREY:  So basically if you want
7   to read this, you're asked to consent -- or to give
8   consent for the search of your computer, electronic
9   media, you give ICE consent to look at your HSI,
10  consent to look -- do a complete search of your
11  electronic media.  If you want to go ahead and just
12  read it over, and if you want to give us consent, if
13  you just print your name and then sign and date here
14  for consent to look at the electronic media.
15      MR. KARNATI:  I just want to tell you one
16  more thing.
17      DETECTIVE GOUREY:  Yeah.
18      MR. KARNATI:  So, in addition to that, I
19  also just thought of (Inaudible) admission process
20  because of the Farmington, they need any students, I
21  just tried to help them get admissions.
22      DETECTIVE GOUREY:  And we'll get into that
23  here in a second.
24      MR. KARNATI:  So that is one more thing I
25  want to --

Page 18

1       DETECTIVE GOUREY:  Yeah.  We're going to go
2   over that.  We're going to -- we're going to get a
3   little more in depth here.
4       MR. KARNATI:  So it's not that --
5   (Inaudible) like my wife there, there might be some
6   people who are looking for admission.
7       DETECTIVE GOUREY:  Yeah.
8       MR. KARNATI:  So I guess I just this
9   university's (Inaudible) it's a university where you
10  can -- so that --
11      DETECTIVE GOUREY:  I'm sorry.  You have got
12  to speak up.
13      MR. KARNATI:  Yeah.  (Inaudible) him
14  probably, if you tell your situation like I may need
15  to -- I'm working say, for example, I am working, I
16  need some small university, they don't charge much
17  fees.
18      DETECTIVE GOUREY:  Okay.
19      MR. KARNATI:  And I need admission so I
20  will (Inaudible) Farmington.
21      DETECTIVE GOUREY:  Okay.  So are you --
22  you're currently enrolled at Farmington?
23      MR. KARNATI:  No, not me.  I'm just telling
24  you if you want --
25      DETECTIVE GOUREY:  If I need --

Page 19

1       MR. KARNATI:  If you need some admission, I
2   know that there is a University of Farmington from
3   Santosh.  I got to know that.
4       DETECTIVE GOUREY:  Okay.
5       MR. KARNATI:  And so I also helped them to
6   get that admission into Farmington.
7       DETECTIVE GOUREY:  Okay.  We'll get into
8   that here.  We'll talk a little bit more about it.
9       Why don't we finish this up?  If you want
10  to do -- if you want to give us permission to look at
11  it, go ahead and read it over and then sign and date.
12  Once we get through this, then we'll get a little bit
13  more into that.
14      MR. KARNATI:  Yeah.  I don't know anyone
15  here who is scheduled.
16      DETECTIVE GOUREY:  You don't know anything
17  other than Santosh?
18      MR. KARNATI:  Other than Santosh, yeah.
19      DETECTIVE GOUREY:  That's okay.  We'll talk
20  about that.  We'll talk about that.
21      MR. KARNATI:  Even if I want to get some
22  attorney, I don't know anyone here to --
23      DETECTIVE GOUREY:  Okay.  Again, we'll --
24  we can -- you know, at any time --
25      MR. KARNATI:  Yeah.

Page 20

1       DETECTIVE GOUREY:  And if you -- once you
2   put the date, 2019 -- 2019.  Once you put the date,
3   this is a signature line here too.  It's a date and
4   signature line.
5       MR. KARNATI:  Okay.
6       DETECTIVE GOUREY:  Okay, just sign again.
7   It's fine.
8       MR. KARNATI:  Okay.  So --
9       DETECTIVE GOUREY:  Okay.  So you are not
10  enrolled at Farmington?
11      MR. KARNATI:  No, sir.  I never am enrolled
12  at Farmington.
13      DETECTIVE GOUREY:  Okay.  But you know --
14  when we were just talking here, you said that you
15  referred a few people over to -- you referred some
16  people to Farmington?
17      MR. KARNATI:  Yes, yes.
18      DETECTIVE GOUREY:  How many people did you
19  refer?
20      MR. KARNATI:  Probably -- refer in the
21  sense of I just -- like five to ten people probably
22  from (Inaudible).
23      DETECTIVE GOUREY:  Five to ten people?
24      MR. KARNATI:  Little more.  They might have
25  referred others.

, POST ARREST INTERVIEW
01/30/2019

Pages 21–24

Page 21

1    DETECTIVE GOUREY:  Okay.  All right.  So
2    you know, in order for us to, like, put you under
3    arrest and arrest you at the airport and do all this,
4    like, we have to get a warrant signed.
5         MR. KARNATI:  Okay.
6         DETECTIVE GOUREY:  So what I need to do is
7    I need to go to a judge and I need to explain to a
8    judge, he needs to be under arrest.
9         MR. KARNATI:  Oh.
10        DETECTIVE GOUREY:  And the judge says,
11   well, what did this guy do wrong?  Okay.  It has to be
12   something serious.
13        MR. KARNATI:  Okay.
14        DETECTIVE GOUREY:  If somebody is not doing
15   something seriously wrong, they're not going to give
16   us permission to arrest you.
17        MR. KARNATI:  Okay.
18        DETECTIVE GOUREY:  And these are smart
19   people.  These judges are very smart people.  They're
20   appointed by the president, President Obama, President
21   Trump.  You know, they're appointed by the president
22   and they're very smart.  They're not going to allow
23   somebody like me to arrest somebody without proving to
24   them some very serious allegations.
25        MR. KARNATI:  Okay.

Page 22

1         DETECTIVE GOUREY:  So when I ask you a lot
2    of times, like I know -- I kind of know the answer
3    already.
4         MR. KARNATI:  Okay.
5         DETECTIVE GOUREY:  So if I ask you how many
6    people did you refer to the university, give me a
7    better number than five to ten people because I think
8    you know --
9         MR. KARNATI:  Okay.
10        DETECTIVE GOUREY:  -- I think you know
11   better how many you referred.
12        MR. KARNATI:  Probably 30 or so people.
13        DETECTIVE GOUREY:  30?  30 or more?
14        MR. KARNATI:  Yeah, a little bit, around
15   30.
16        DETECTIVE GOUREY:  Okay.  Why did you refer
17   these people?
18        MR. KARNATI:  The basic thing is, like,
19   like how they -- they are for some money for
20   referring.
21        DETECTIVE GOUREY:  How much did you get
22   paid per referral?
23        MR. KARNATI:  $200.
24        DETECTIVE GOUREY:  $200 or more?
25        MR. KARNATI:  (Inaudible) $200.

Page 23

1         DETECTIVE GOUREY:  A little bit more than
2    $200?
3         MR. KARNATI:  $200, yeah.
4         DETECTIVE GOUREY:  So $200 per referral?
5         MR. KARNATI:  $200 per referral, yeah.
6         DETECTIVE GOUREY:  Okay.  All right.  So
7    30, about 30 or more people and $200 per person that
8    you received.  Who paid you, Santosh?  Or did the
9    university pay you?
10        MR. KARNATI:  I mean, I took from Santosh.
11        DETECTIVE GOUREY:  Okay.
12        MR. KARNATI:  I took from Santosh.  I
13   mean --
14        DETECTIVE GOUREY:  Did he pay you cash?
15        MR. KARNATI:  Yeah, just -- I told him
16   cash.
17        DETECTIVE GOUREY:  So he paid you a lump
18   sum of $5,000?  So he paid you $5,000 cash in one
19   time?
20        MR. KARNATI:  That is only long (Inaudible)
21   after that, I never did that one again.
22        DETECTIVE GOUREY:  Okay.  Okay.  So when
23   did he pay you the $5,000 cash?
24        MR. KARNATI:  I don't exactly remember,
25   sir.

Page 24

1         DETECTIVE GOUREY:  What year?
2         MR. KARNATI:  2018.
3         DETECTIVE GOUREY:  2018.  Okay.  And that
4    was -- for how many people was the $5,000 for?
5         MR. KARNATI:  Close to 30.
6         DETECTIVE GOUREY:  Okay.  Have you
7    referred -- when was the last time -- when was the
8    last time you referred somebody to Santosh?
9         MR. KARNATI:  It has been, I think, 2018.
10   Until January.  I think in January.  After that time I
11   never referred anything like that.
12        DETECTIVE GOUREY:  So why did you refer
13   students to Farmington?
14        MR. KARNATI:  Basically, it's not all about
15   that money, even if they didn't tell they'll pay that
16   money, but just as a friend when they reach me, like,
17   is there anything, you know, (Inaudible) I just took
18   them.  Like after some days (Inaudible) they, but it's
19   not that they wanted to give me the money all the time
20   or something like that.  It's not any -- like you, I
21   refer you, you pay me or something.  It's not like
22   that.
23        DETECTIVE GOUREY:  Okay.
24        MR. KARNATI:  Okay.  Initially like when
25   the people reach and I know that there is a

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U. S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 25—28

Page 25

1   university --
2            DETECTIVE GOUREY:  Okay.
3            MR. KARNATI:  So when the people was really
4   looking for some help, I started referring them.  So
5   (inaudible) like I referred someone and he has his
6   friend in the same problem.
7            DETECTIVE GOUREY:  Okay.
8            MR. KARNATI:  So I'll start reaching to a
9   certain point like you -- and Santosh told that, you
10  know, you may still need some small amount for that
11  one.
12           DETECTIVE GOUREY:  Okay.
13           MR. KARNATI:  So other than that one --
14  it's not like I did it for profit or something.
15           DETECTIVE GOUREY:  Okay.  So you didn't do
16  it for profit?
17           MR. KARNATI:  No, I mean --
18           (Break in recording)
19           MR. KARNATI:  Not for -- it's a corporate
20  program, sir.  We do -- it's a corporate program
21  (Inaudible) assignments.  We do group work, project
22  work and for -- it's a business analytics, data
23  analytics class, master of science in business
24  analytics.  I have to (Inaudible) almost the final
25  exam and there is a paper also that I need to -- I

Page 26

1   think for not -- it depends on the professor.  Not all
2   professors asked for a final paper.  There is a paper
3   also I'm going to do.  So there is a paper I need to
4   submit to.
5            DETECTIVE GOUREY:  How many pages?
6            MR. KARNATI:  He told us eight pages should
7   be fine.
8            DETECTIVE GOUREY:  Eight pages?
9            MR. KARNATI:  Eight pages.
10           DETECTIVE GOUREY:  That's a short paper?
11           MR. KARNATI:  It's a short paper.  It's not
12  -- we have to obtain the data from the Auto Trader or
13  realtor.com and we have to do some analytics on that
14  one.  Like this, the data analytics and the business
15  analytics are coming up recently.  So, like, you have
16  to compare one factor with all the other factors.  So
17  the (Inaudible) testing and we have to do and we have
18  to -- again, (Inaudible) not that you have to do, we
19  have a team of five people.
20           DETECTIVE GOUREY:  You submit one paper for
21  the whole team?
22           MR. KARNATI:  One paper for the whole team.
23  One paper and one presentation.
24           DETECTIVE GOUREY:  So it's Mondays and
25  Thursdays?

Page 27

1            MR. KARNATI:  Monday.
2            DETECTIVE GOUREY:  From 6:00 to 9:30?
3            MR. KARNATI:  Monday -- no, Monday and
4   Thursday, did I say Monday to Thursday?
5            DETECTIVE GOUREY:  Mondays --
6            MR. KARNATI:  It is Tuesday, Wednesday,
7   Thursday.
8            DETECTIVE GOUREY:  It's Tuesday --
9            MR. KARNATI:  Wednesday and Thursday.
10           DETECTIVE GOUREY:  Wednesday and Thursday.
11           MR. KARNATI:  So Tuesday I have the
12  Analytics 2 and Thursday I have the Analytics 2, and
13  Wednesday I have Marketing Analytics.
14           DETECTIVE GOUREY:  Two classes?
15           MR. KARNATI:  Two classes.  Two different
16  professors.  So the one I completed is (Inaudible) and
17  (Inaudible) linear (Inaudible) because we have linear
18  (Inaudible).  We have to understand those analytics.
19  We need linear (Inaudible).  And Data Analytics 1.
20  That is the first semester and storytelling with the
21  data.
22           DETECTIVE GOUREY:  Pretty easy?
23           MR. KARNATI:  No, it is a little complex.
24           DETECTIVE GOUREY:  Little complex?
25           MR. KARNATI:  It is a little complex.  We

Page 28

1   are now into the core side of that one.
2            DETECTIVE GOUREY:  Okay.  All right.  So I
3   want to go back to your wife applying -- she wanted to
4   go to the University of Farmington?
5            MR. KARNATI:  Yeah.
6            DETECTIVE GOUREY:  She didn't have to take
7   the English test or the GMAT test to get into the
8   University of Farmington?
9            MR. KARNATI:  Yes.
10           DETECTIVE GOUREY:  Okay.  Was that a big
11  factor in why you chose the University of Farmington?
12           MR. KARNATI:  Yeah, yes, and the fee also.
13           DETECTIVE GOUREY:  Yeah, and the fees.  So
14  why did they -- why did they not -- why did they not
15  require a language test or anything like that?
16           MR. KARNATI:  I'll tell you.
17           DETECTIVE GOUREY:  Did they offer classes
18  in foreign languages?
19           MR. KARNATI:  No.  How I'm thinking is like
20  for under graduation, how it happens is if from India,
21  a couple of people studies in native language to some
22  extent.  But under graduation law it's been in
23  English.  So I mean, basically the English test is to
24  see that they understand the process.  Like the
25  process you have to understand.  So that is the

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone:  888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 29–32

Page 29

1   reason.  But when your under graduation is in English.
2   So they -- I mean, we know how to speak English even
3   from India.  So concerning that one taking, some
4   universities may give you an exception.  So that's the
5   reason.  (Inaudible) I think they are giving
6   exceptions.
7           DETECTIVE GOUREY:  So is there -- so she --
8   she doesn't have to take the English test.  You just
9   said the reason they make you take the English test is
10  because they teach in English in the United States,
11  right?
12          MR. KARNATI:  They think that in India,
13  sometimes they think in India, they don't understand
14  English because they think under graduation you will
15  also be done in some other language, their native
16  language.  But in India it is not the case.
17          Some universities consider that under
18  graduation is an art, not in your native language.  It
19  is in English.
20          I know that you understand English very
21  well because you studied big books in English for four
22  years, right, so you're good to -- you expect that
23  we'll understand your language also.  So that is the
24  reason.
25          DETECTIVE GOUREY:  Okay.  So I understand

Page 30

1   that.  Then -- so you're saying that the universities
2   in India do -- basically their curriculum is in
3   English?
4           MR. KARNATI:  English, yes.
5           DETECTIVE GOUREY:  So I'm asking you:  Did
6   she take English?  Did she do curriculum in English?
7           MR. KARNATI:  Yes.  In English means, her
8   under graduation is in English.  Everybody's under
9   graduation is in English only.  She's an engineer.
10          DETECTIVE GOUREY:  Okay.
11          MR. KARNATI:  She's an electronics
12  engineer.  So it is all in English only.
13          DETECTIVE GOUREY:  Does she work?
14          MR. KARNATI:  No, she's not working.
15          DETECTIVE GOUREY:  She's not working.
16  Okay.  So she's not working right now.  But you said
17  that -- that part of reason that she applied for
18  Farmington was because they didn't take -- make you
19  take an English test.  But if she speaks good English
20  from India and she went and did her undergrad in
21  English, why would she have a problem with the test?
22  Would she have a problem with the -- with the test?
23          MR. KARNATI:  Again, I mean, I -- I -- I
24  know where you're coming from.  I'll try to -- there
25  are two things, sir.  Understanding English and taking

Page 31

1   test is entirely different.  Even for me, I am good in
2   English, but when I'm ready to take GMAT, say, for
3   example, GMAT, it's hard to get a (Inaudible)
4   preparation, you have to prepare dedicately.  Test is
5   different and understanding -- of course it's
6   important that (Inaudible) but you have to prepare for
7   anything, any test.  You have to study very well.  You
8   have to attend some classes.
9           DETECTIVE GOUREY:  Okay.
10          MR. KARNATI:  And take the test.  For my
11  wife, even she did good on -- in the under graduation
12  English, for her to prepare for the test, like, I --
13  as I told, I have two kids.  I got myself busy with my
14  master's.  So she could not -- she could not prepare
15  that.  So obviously I just thought what is a better
16  way to get in there (Inaudible).
17          DETECTIVE GOUREY:  So what -- what -- how
18  is she going to get her master's degree if -- so you
19  said that -- you said that the -- another reason was
20  you go to the University of Louisville.  When you go
21  to the University of Louisville, you have a schedule
22  and --
23          MR. KARNATI:  Yes.
24          DETECTIVE GOUREY:  -- specific classes that
25  you're taking and stuff like that.  Are you currently

Page 32

1   in class right now?
2           MR. KARNATI:  Yes.
3           DETECTIVE GOUREY:  Okay.  What's -- what's
4   the name of, like, two classes that you're taking this
5   semester?
6           MR. KARNATI:  Data Analytics 2 and
7   Marketing Analytics.
8           DETECTIVE GOUREY:  So data analytics and
9   Marketing Analytics, that's what you're taking right
10  now?
11          MR. KARNATI:  Yes.
12          DETECTIVE GOUREY:  Okay.  So she's going to
13  enroll at the University of Farmington.  Do you go
14  into school or do you take them online?
15          MR. KARNATI:  We take them online.  Even
16  (Inaudible) online.
17          DETECTIVE GOUREY:  So you conference in
18  online for lectures and for maybe chats and stuff like
19  that for the analytics, for both analytic classes that
20  you're taking?
21          MR. KARNATI:  You're talking about me?
22          DETECTIVE GOUREY:  I'm talking about you.
23          MR. KARNATI:  Oh, I go to classes.
24          DETECTIVE GOUREY:  You go into the class?
25          MR. KARNATI:  I go into classes.

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 33–36

Page 33

1  DETECTIVE GOUREY:  So but your wife is now
2  going to be -- not going to be going to the
3  University -- she's not going to like go -- her body
4  is not going to be at the University of Farmington,
5  right?
6  MR. KARNATI:  Right.
7  DETECTIVE GOUREY:  So how is she going to
8  receive her classes?
9  MR. KARNATI:  There might be some course
10  content that would be sent.  Like even (Inaudible) she
11  might be (Inaudible) even for me I look for the
12  Georgia Tech.  They have online classes.  Even in
13  University of Cincinnati they have online classes.
14  DETECTIVE GOUREY:  So does the University
15  of Farmington send, like, do it online?  Do they do
16  online courses?
17  MR. KARNATI:  They do online.  As I was
18  told, like one time a semester probably she may need
19  to come here.
20  DETECTIVE GOUREY:  Okay.  But I'm not
21  worried about the one time a semester that she comes
22  here.  I'm not worried about that.  I understand that
23  you have to come here.  I'm asking what the course
24  content is, what they're bringing down here.  Okay.
25  How they're delivering the course content.  This is

Page 34

1  what I'm asking you.
2  MR. KARNATI:  Okay.
3  DETECTIVE GOUREY:  So are -- is it online?
4  MR. KARNATI:  It is online, yeah.
5  DETECTIVE GOUREY:  For sure.
6  MR. KARNATI:  Yes.
7  DETECTIVE GOUREY:  Positive?
8  MR. KARNATI:  Yeah.
9  DETECTIVE GOUREY:  Okay.  And how do you
10  know it's online?
11  MR. KARNATI:  I mean, how do you know means
12  like when I did the research delivering the content
13  online, that's how I know.
14  DETECTIVE GOUREY:  They said they were
15  going to deliver content online?
16  MR. KARNATI:  Yes, probably somewhere on
17  there, yeah.
18  DETECTIVE GOUREY:  Okay.  And earlier we
19  talked about them being a real university.
20  MR. KARNATI:  Yes.
21  DETECTIVE GOUREY:  You said you think
22  they're a real university?
23  MR. KARNATI:  Yeah, yeah.
24  DETECTIVE GOUREY:  But when I asked you
25  about other universities, you said, yes, you didn't

Page 35

1  have to think about them.  But with this one, you had
2  to think about it.
3  MR. KARNATI:  (Inaudible).
4  DETECTIVE GOUREY:  So again -- again, so
5  this is why I'm being -- like, I just want you to be
6  totally honest with me.
7  MR. KARNATI:  Yeah.
8  DETECTIVE GOUREY:  Just be totally honest
9  with me.
10  MR. KARNATI:  Yeah.
11  DETECTIVE GOUREY:  Is this University of
12  Farmington, the University of Farmington, are they
13  actually offering classes or is the University of
14  Farmington, do you pay to go there so you can keep
15  your F-1 status?  Just be honest with me.  Don't lie
16  to me.  It's not good to lie to me.
17  MR. KARNATI:  Honestly, I'll tell you, sir.
18  DETECTIVE GOUREY:  Yeah.
19  MR. KARNATI:  So I -- when I told
20  Louisville campus, they go ---
21  DETECTIVE GOUREY:  I don't care about
22  campus.  I'm talking about the University -- the
23  University of Farmington.
24  MR. KARNATI:  Yeah.
25  DETECTIVE GOUREY:  I'm asking you

Page 36

1  specifically.
2  MR. KARNATI:  Sir, to the best of my
3  knowledge, they go to the classes once in the
4  semester.  That's what I know other than --
5  DETECTIVE GOUREY:  Once a semester they go
6  to one class?
7  MR. KARNATI:  That's what I think.
8  DETECTIVE GOUREY:  Okay.  What else do they
9  do for four months?  A semester is four months,
10  correct?
11  MR. KARNATI:  Yes.
12  DETECTIVE GOUREY:  So let's say the
13  semester is three or four months hypothetically.
14  Okay?
15  MR. KARNATI:  Yeah.
16  DETECTIVE GOUREY:  Don't worry about
17  whether it's three or four.
18  MR. KARNATI:  Yeah.
19  DETECTIVE GOUREY:  Just approximately three
20  or four months.
21  MR. KARNATI:  Yeah, yeah.
22  DETECTIVE GOUREY:  Okay.  So they have to
23  go to the University of Farmington one time?
24  MR. KARNATI:  Yeah.
25  DETECTIVE GOUREY:  Okay.  I'm asking you,

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 37—40

Page 37

1  that one time that they go, I'm asking you what do
2  they do in the meantime?  So in four months you only
3  have to go one time to the university?
4           MR. KARNATI:  Yeah.
5           DETECTIVE GOUREY:  So how do they get their
6  stuff, their curriculum outside of that?
7           MR. KARNATI:  They have like -- they have
8  that online things that we may submit the assignments
9  online.
10          DETECTIVE GOUREY:  What kind of assignments
11  are they --
12          MR. KARNATI:  Again, that's what -- to that
13  extent, I don't know, sir.  I only help the students
14  to get their admission.  Other than that one, it's not
15  that -- I really did not get into that how -- I know
16  it might be easy because no one complained that it is
17  tough.  So I know that it might be easy assignments.
18          DETECTIVE GOUREY:  Okay.
19          MR. KARNATI:  Easy professors might be
20  easygoing with them.
21          DETECTIVE GOUREY:  Okay.
22          MR. KARNATI:  So that's what -- I know that
23  one because one told that, hey, I could not get
24  into the -- this --
25          DETECTIVE GOUREY:  A good university?

Page 38

1           MR. KARNATI:  No, I did not (Inaudible)
2  state any place, some other place.  It's not like
3  that.  So I thought it's -- it's a small going
4  university.
5           DETECTIVE GOUREY:  Okay.
6           MR. KARNATI:  (Inaudible) I mean, so you
7  understand, usually I felt like, okay, it's going
8  good, so easy for the people, for easygoing.  It might
9  be helpful like for housewives or someone who wants to
10 do master's.
11          DETECTIVE GOUREY:  Okay.
12          MR. KARNATI:  It could be helpful.  That's
13 what I'm --
14          DETECTIVE GOUREY:  But if you're going for
15 your master's, isn't the point of going for your
16 master's is to learn of like to get a better knowledge
17 than bachelor's, right?  So you want to get a better
18 knowledge than bachelor's, right?
19          MR. KARNATI:  Right.
20          DETECTIVE GOUREY:  So if I want to go to a
21 college and I want to get a better knowledge than
22 bachelor's, okay, why am I going to go to a university
23 that isn't a good university that's easy?  You just
24 said they're easy --
25          MR. KARNATI:  Yeah.

Page 39

1           DETECTIVE GOUREY:  No one complains about
2  it, it's easy, smooth going.  So why do I want to go
3  to an easy, smooth going university?  Why don't I want
4  to go to a university where I get taught something?
5           MR. KARNATI:  You are right.  Exactly.  I
6  totally agree with you, sir, actually.  But say, for
7  example, for housewives, it's not master's will be --
8  should be too challenging always like.  I'm in here,
9  I'm thinking there will be some flexible university
10 (Inaudible).  If that is the case in bachelor's we go
11 the university of (Inaudible).  But in the master's,
12 all the good universities are offering online.  So
13 what does it mean?  It's like you have some
14 flexibility to study, to work, to -- because right
15 after bachelor's, you may have your family commitments
16 and you may have your work commitment.
17          So some universities, depending on --
18 depending on -- some universities will be a little
19 flexible because in -- in University of Louisville,
20 the professors understand, I know you are -- you
21 already, sir, do too much work, so you do this
22 assignment, I'll give some time for you to do this
23 assignment.
24          Otherwise it will be -- we don't study the
25 way we studied in the bachelor's like (Inaudible) or

Page 40

1  something like that.  Professors understand the
2  content and the manipulate the thinking.  So this like
3  all this is -- this is also like one university is
4  (Inaudible) obviously, everyone can't be in the
5  Harvard University.
6           DETECTIVE GOUREY:  Yeah.
7           MR. KARNATI:  All right.  So there might be
8  some university for some people who are at their
9  level.  So I thought, this will be the university.  So
10 some mid-grade people who can -- really wants to study
11 and will --
12          DETECTIVE GOUREY:  Okay.
13          MR. KARNATI:  So that is --
14          DETECTIVE GOUREY:  So earlier you said when
15 you started referring people, you didn't refer them
16 for the money?
17          MR. KARNATI:  No, sir.
18          DETECTIVE GOUREY:  You referred them --
19          MR. KARNATI:  Just to --
20          DETECTIVE GOUREY:  -- because they needed
21 help to go to a university and stuff like that?
22          MR. KARNATI:  Yeah.
23          DETECTIVE GOUREY:  So you obviously knew
24 what was going on with this university.
25          MR. KARNATI:  No, sir.  What is going on

, POST ARREST INTERVIEW
01/30/2019

Pages 41–44

Page 41

1  with the university in the sense I'm not (Inaudible)
2  that point.
3           DETECTIVE GOUREY:  Okay.  So you don't --
4  so you -- so you're -- what I'm saying is, you're
5  referring somebody to the university --
6           MR. KARNATI:  Oh, yeah.
7           DETECTIVE GOUREY:  And you -- you're
8  referring people to the university and you said it
9  wasn't for the money.
10          MR. KARNATI:  Mm-hmm.
11          DETECTIVE GOUREY:  So you're not referring
12  people for the money.  Are you referring them because
13  it's --
14          MR. KARNATI:  Yeah.  If they say that I
15  want a less -- I'll tell you, sir, like they already
16  do their master's, okay, and they want to do the
17  second master's for some people.  They already might
18  be working.  So when they ask one for less fees,
19  somehow I got to know about this university from
20  Santosh.  So there I started.
21          DETECTIVE GOUREY:  Well, you said you got
22  to know this university, but I keep asking you
23  questions about this university and you don't seem to
24  know a lot about it.
25          MR. KARNATI:  No, sir.  I don't know a lot

Page 42

1  about like how it operates and all.  So I feel it is a
2  legitimate --
3           DETECTIVE GOUREY:  So why are you
4  recommending people to a university that you don't
5  know anything about?
6           MR. KARNATI:  That's what -- I mean, again,
7  I'm -- I feel like it was a legitimate and less fees
8  so I just told them that, hey, this would be a right
9  for you to go and check how good it is.
10          DETECTIVE GOUREY:  All right.  So, again,
11  I'm asking you to be honest.
12          MR. KARNATI:  Yes, sir.
13          DETECTIVE GOUREY:  I'm telling you to be
14  honest.
15          MR. KARNATI:  Yeah.
16          DETECTIVE GOUREY:  Okay.  Because here's
17  the thing, here's the thing, again, like I've got to
18  have a reason to arrest you.
19          MR. KARNATI:  Yeah.
20          DETECTIVE GOUREY:  Okay.  I've got to tell
21  a federal judge, hey, this is what we need to arrest
22  Mr. Karnati.  And that federal judge is going to say,
23  yes you have enough or no, you don't have enough.  So
24  if I go to a federal judge and I say, federal judge,
25  you are a very high level, you know, of -- a very

Page 43

1  educated person, a lot of these guys, they went to the
2  best schools, they went to law schools, they
3  understand law very well.
4           I have to prove to them -- they have to
5  basically sign a warrant.  They have to give me
6  permission to arrest you.  Do you think I went to the
7  judge and I said, I need to arrest Mr. Karnati.  Now
8  he doesn't know much about the school.  He doesn't
9  know how good of a school it is.  He doesn't know this
10 or that.  He doesn't know much about anything.
11          MR. KARNATI:  Yeah.
12          DETECTIVE GOUREY:  He doesn't know anything
13 about the school, but I still want to arrest him.  Do
14 you think the judge would sign and say -- and say,
15 yes, you can arrest him?
16          MR. KARNATI:  Sir, honestly --
17          DETECTIVE GOUREY:  Or do you think the
18 judge would say to me, that's not enough, I -- I want
19 you to prove to me that Mr. Karnati knew that this was
20 not a good school.  He knew that this was a fake
21 school.  He knew that they weren't teaching classes.
22 He knew that they were not -- they were not teaching
23 any kind of IT courses.  They were not teaching
24 computer science courses.  They were not teaching
25 anything.  These were not online classes.  These were

Page 44

1  not classes that were in the school.
2           On top of that, Mr. Karnati referred
3  students just so they could keep their F-1 status.
4  And then on top of that, received payment of $200 per
5  student from Mr. Santosh.
6           Do you think I would have to go to them and
7  I would have to say all of that before they would give
8  me a search warrant -- an arrest warrant for you?
9           MR. KARNATI:  Sir, I honestly tell you, I'm
10 honestly telling you, sir.
11          DETECTIVE GOUREY:  Yes.
12          MR. KARNATI:  I don't know how the -- that
13 they don't conduct the classes.  Those are all the
14 things I really don't know, sir.  I only know that the
15 fees is less and that the course is flexible for the
16 working professional and the housewife.  So depending
17 on that one, if you are doing for the second master's.
18          You may say that like some people may ask
19 that they want to keep up the status, but they want
20 the less fees.
21          DETECTIVE GOUREY:  Mm-hmm.
22          MR. KARNATI:  So I honestly thought it was
23 a legitimate -- it's not that, again, you can compare
24 it to Harvard or something like that.  I thought at
25 your level probably this would be a good university.

, POST ARREST INTERVIEW
01/30/2019

Pages 45–48

**Page 45**

1  So like that only I'm referring.
2      DETECTIVE GOUREY:  Right.
3      MR. KARNATI:  So can you help me to get
4  admission?  Yes, I can.  I know a person.  I can help
5  you to get that admission.  So that is the only thing
6  I really know about this, sir.
7      DETECTIVE GOUREY:  Why -- but did people
8  come up to you and did they say, I want to go to a
9  school to keep my status, but I don't want to take any
10 classes?
11     MR. KARNATI:  They don't say that as --
12     DETECTIVE GOUREY:  Say it honestly.
13     MR. KARNATI:  Yeah.  They don't say that
14 one.  They say that like less frequent.
15     DETECTIVE GOUREY:  Okay.
16     MR. KARNATI:  Comfortable because I'm in
17 California, if there is anything that can get
18 admission, maybe we can get a little bit (Inaudible)
19 admission.
20     DETECTIVE GOUREY:  Mm-hmm.
21     MR. KARNATI:  So this university you can
22 get admission and less frequency.
23     DETECTIVE GOUREY:  Okay.
24     MR. KARNATI:  Okay.  So that is what I know
25 about this one and I referred to Santosh and

**Page 46**

1  ultimately it turned as a little bit of profit.  It's
2  not that I'm living on that.  I'm just doing only for
3  (Inaudible).  You just understand me.
4      DETECTIVE GOUREY:  Okay.
5      MR. KARNATI:  Okay.
6      SPECIAL AGENT EDWARDS:  Some of your
7  friends are getting second master's?
8      MR. KARNATI:  Yes, some of the friends.
9      SPECIAL AGENT EDWARDS:  Why are they --
10     MR. KARNATI:  Not friends --
11     SPECIAL AGENT EDWARDS:  People you know?
12     MR. KARNATI:  Yeah.
13     SPECIAL AGENT EDWARDS:  Why are people that
14 you know getting a second master's?  What is the
15 reason behind that?
16     MR. KARNATI:  See, some people -- some
17 people after master's in computer science, they go for
18 the -- sorry -- MBA.  Okay.
19     SPECIAL AGENT EDWARDS:  Does that school
20 offer MBA?
21     MR. KARNATI:  No, not all this.
22     SPECIAL AGENT EDWARDS:  So the school does
23 not offer an MBA?
24     MR. KARNATI:  This school, I don't think it
25 does.  Only computer science.

**Page 47**

1      SPECIAL AGENT EDWARDS:  So why would
2  someone want a second master's there?
3      MR. KARNATI:  Probably they may want to
4  keep up their status.
5      DETECTIVE GOUREY:  See, now, see you're
6  being honest.
7      MR. KARNATI:  No, no.
8      DETECTIVE GOUREY:  So be honest.
9      MR. KARNATI:  I said that.  They keep up --
10 they're working, they keep up their status, and they
11 want to get into the States.
12     SPECIAL AGENT EDWARDS:  Oh, to get a second
13 master's -- as long as they keep working they can keep
14 their status, is that how it works?
15     MR. KARNATI:  Yeah.
16     SPECIAL AGENT EDWARDS:  I'm the computer
17 guy --
18     MR. KARNATI:  As long as they keep working,
19 they can keep up the status if they are on F-1.
20     SPECIAL AGENT EDWARDS:  Okay.
21     MR. KARNATI:  So they'll want to keep the
22 F-1 and they want to work.
23     SPECIAL AGENT EDWARDS:  Is that school like
24 a real easy school to get into?  You said they don't
25 even take a GMAT or anything?

**Page 48**

1      MR. KARNATI:  Not many schools take the
2  GMAT, sir.
3      SPECIAL AGENT EDWARDS:  Not many?
4      MR. KARNATI:  If you have experience, some
5  universities can waive off.  Some universities waive
6  off because you have experience.  Obviously, you're
7  working and you've spent 15 years, like client is
8  maintaining and you're a good person too.
9      SPECIAL AGENT EDWARDS:  How much do they
10 charge there?
11     MR. KARNATI:  The fees, I know that one.  I
12 think --
13     SPECIAL AGENT EDWARDS:  How much do they
14 charge?
15     MR. KARNATI:  It is not, again, it's less
16 expensive, sir.  The University of Louisville, I am
17 paying $30,000 for part of one year.
18     SPECIAL AGENT EDWARDS:  Okay.
19     MR. KARNATI:  So it is -- this
20 university --
21     SPECIAL AGENT EDWARDS:  That's a lot.
22     MR. KARNATI:  That's a lot.  And my
23 company's giving me, sponsoring me with some amount.
24     SPECIAL AGENT EDWARDS:  Oh.
25     MR. KARNATI:  That's the reason -- it's not

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson
U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids
Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 49–52

Page 49

1  much of one, but from my pocket it is close to
2  $20,000. So for this university also it costs $20,000
3  for the two years period.
4       SPECIAL AGENT EDWARDS:  $20,000 for two
5  years?
6       MR. KARNATI:  Yeah, because the reason I'm
7  telling you this one, I know those digits because
8  students are asking me those digits. No student asked
9  me what are the course details inside. They can -- I
10  am thinking they'll go and do the research. Okay. So
11  $20,000 for two years. For a semester it's $2,500.
12  (Inaudible) they have three months is a semester. 21
13  months close to $20,000 it will cost. So that's what
14  -- only the flexibility is you pay less here. If you
15  go to the University of Louisville's perspective, you
16  have to pay $10,000 because I have -- because I'm
17  taking (Inaudible) course. So it is just one year.
18  So I have to pay $10,000 at that time.
19       SPECIAL AGENT EDWARDS:  Okay.
20       MR. KARNATI:  So even for me also, it is
21  very tough to pay $10,000.
22       SPECIAL AGENT EDWARDS:  Yeah, that's lot of
23  money.
24       MR. KARNATI:  Yeah. So students who are
25  doing their work, some people might be doing

Page 50

1  contracting jobs, so they can't pay that much at a
2  time. So they see the University of Phoenix, even if
3  I get my wife, I can't pay that much at a time. So
4  I'm just thinking how flexible it is. So these are
5  the things that --
6       SPECIAL AGENT EDWARDS:  So your friends --
7       MR. KARNATI:  Sorry.
8       SPECIAL AGENT EDWARDS:  -- that are working
9  on their second master's, if they can't get into a
10  school, what happens to them?
11       MR. KARNATI:  I mean, (Inaudible) in the
12  school differently. They will be on the school who is
13  offering the admission because it's all. (Inaudible)
14  to answer your question, it's not for the first
15  master's. They may ask -- even they are asking me the
16  GMAT. But they will because Humana, my company, has
17  the sponsor. He is a sponsor also and I have a good
18  work experience. Okay.
19       So second master's, you already did the
20  master's. You don't need to fill in the GRE.
21       So (Inaudible) like my wife, some
22  universities may ask. For second master's, no
23  university will ask. Even after I complete my
24  master's here, if I go onto the university, if I stay
25  onto universities -- many things -- sir, like, for my

Page 51

1  promotion, I should have (Inaudible) degree.
2       DETECTIVE GOUREY:  Yeah.
3       MR. KARNATI:  So after this one, if I want
4  to do my MBA to show that I am doing MBA, I don't
5  spend as much amount. I look for a cheap
6  university --
7       DETECTIVE GOUREY:  Mm-hmm.
8       MR. KARNATI:  -- obviously. So I go for
9  Duke University -- not sorry, Duke. There is a
10  University called DeVry.
11       DETECTIVE GOUREY:  DeVry.
12       MR. KARNATI:  DeVry. I'll go to that
13  because I see it's cheap. But if you ask me
14  (Inaudible) university (Inaudible). I trust the U.S.
15  government and I think it's a real -- if -- and some
16  whom are my friend comes, hey, you know, where are you
17  doing your MBA? It's in DeVry University. Okay. Can
18  you get me admission? Okay, sure. I know some
19  admission. Because I'm no longer doing this, even the
20  man in the university, I got to know many people on
21  the fly. (Inaudible) is it a real university? I
22  don't know. Unless I get that close or something like
23  that, I don't know. Like people are going to India
24  coming without any problem.
25       DETECTIVE GOUREY:  All right. What happens

Page 52

1  to you when you're done with school?
2       MR. KARNATI:  For me, I am on H-1. I'm not
3  an F-1, sir. I'm actually studying. I'm actually
4  studying. I want to do for my better promotion and my
5  carrier. I'm studying. Okay. Say, for example, for
6  you, also you might be for you better (Inaudible)
7  writing some exams, something like that. I mean, for
8  the department may say that you have to do this
9  course, you go to the university.
10       Okay. So if I want -- again, I want to do.
11  I am doing master's of science and business analytics.
12  That is my computer side. If I want to go as a
13  manager, I have to do my MBA. I already spent $20,000
14  with my two kids going to school soon, probably
15  college, I can't again spend -- I see -- because my
16  company sponsors $5,000 for year, I see if there is
17  any university which can give me $5,000 for admission.
18  I'll say DeVry University. I do some research. Yes,
19  it is a good university. Then I'll try to enter. If
20  it's online, it's much better for me.
21       DETECTIVE GOUREY:  Okay.
22       MR. KARNATI:  If someone asks okay, DeVry
23  University is good, yes. (Inaudible) obviously
24  University of Cumberland. There are many universities
25  which are taking students. Are all of them like

, POST ARREST INTERVIEW
01/30/2019

Pages 53–56

Page 53

1   Harvard, if you ask me --
2           DETECTIVE GOUREY:  You know what, it
3   doesn't have to be like Harvard.  For example,
4   Louisville is not Harvard, right?
5           MR. KARNATI:  Louisville.
6           DETECTIVE GOUREY:  Louisville is not
7   Harvard, right?
8           MR. KARNATI:  Right.
9           DETECTIVE GOUREY:  Louisville, at least
10  they offer the classes.  They're offering you --
11  you're going to get a good education from Louisville.
12  Now, some of these, even DeVry -- even DeVry -- DeVry,
13  you have curriculum.
14          MR. KARNATI:  Yes.
15          DETECTIVE GOUREY:  You have classes.  You
16  have papers that you have to write.  You have tests
17  that you have to take.
18          MR. KARNATI:  Mm-hmm, yeah.
19          DETECTIVE GOUREY:  Okay.  At this
20  university, okay, we see that there are no tests being
21  taken.
22          MR. KARNATI:  Okay.  That's (Inaudible),
23  sir.
24          DETECTIVE GOUREY:  So tell me about that.
25  Why are tests not being taken if it's a -- if it's a

Page 54

1   good college?
2           MR. KARNATI:  I thought it's a good -- say,
3   for example, there is a University of Louisville
4   campus.  It runs in four months probably.  You may go
5   to classes, you may not go to classes.
6           DETECTIVE GOUREY:  I'm not asking about
7   that.  I'm not asking about that.  I want you to
8   answer my question.
9           MR. KARNATI:  Yeah, sure.
10          DETECTIVE GOUREY:  Why is nobody taking
11  tests?
12          MR. KARNATI:  I really don't know that they
13  are not taking tests.  That's what I am saying because
14  I am not into in University.
15          DETECTIVE GOUREY:  Okay.
16          MR. KARNATI:  I only help -- I only know
17  that from that one it gives --
18          DETECTIVE GOUREY:  Do you think that -- so
19  there are no tests.
20          MR. KARNATI:  Fees.
21          DETECTIVE GOUREY:  Why are the fees less?
22          MR. KARNATI:  Okay.  Fees less, I'll tell
23  my interpretation.
24          DETECTIVE GOUREY:  Okay.
25          MR. KARNATI:  Fees less is because of the

Page 55

1   online.  Okay.  For the Georgia Tech, the fee is just
2   $7,000 for two years, if you take online class.
3           DETECTIVE GOUREY:  Okay.
4           MR. KARNATI:  So obviously I thought that
5   you don't need to maintain that much infrastructure.
6           DETECTIVE GOUREY:  Okay.
7           MR. KARNATI:  Okay.  So you -- you do not
8   need to get in the classes if it is online many of the
9   times.  If you're online -- I'm talking you're online.
10  So you don't need to pay the professor.  One recording
11  is there.  You go to that recording.  You hear it.
12          DETECTIVE GOUREY:  So are you saying you
13  could listen to a recording from previous classes?
14          MR. KARNATI:  Yes.  That is how the onlines
15  are being maintained.  Georgia Tech also.
16          DETECTIVE GOUREY:  So you don't have to
17  go -- so the professor may have taught something or
18  given a lecture three years ago and all you're doing
19  is watching a recording?
20          MR. KARNATI:  Watching a recording and take
21  the tests.  So that's how the Georgia Tech operates.
22  Or the professor will send you, go through this
23  content.  That is how I know.
24          DETECTIVE GOUREY:  So they don't have to
25  pay -- they don't have overhead because they don't

Page 56

1   have classrooms.  They don't have to pay professors
2   because they're using old material?
3           MR. KARNATI:  Yes, that's the reason why
4   I'm thinking.
5           DETECTIVE GOUREY:  So you have no
6   classrooms, no professors?
7           MR. KARNATI:  No classroom is not -- they
8   have their own campus, but for online it's a flexible
9   part for the working professionals and the housewives.
10  So that's what I'm --
11          DETECTIVE GOUREY:  Okay.  So let me explain
12  something to you.  So it's against the law to lie to a
13  federal agent.
14          MR. KARNATI:  Yes, sir.
15          DETECTIVE GOUREY:  You've just got to know
16  that.  We're both special agents with Homeland
17  Security.
18          MR. KARNATI:  Sure.
19          DETECTIVE GOUREY:  The law is called making
20  false statements.  It is -- it's Title 18
21  United States code 1001.  I can bring a law book in
22  here.  Hang on -- hang on.  Let me finish.
23          I can bring a lawbook in here and I can let
24  you look at the lawbook and you can read the law if
25  you want.  Just tell me.  It's no big deal.  I can do

, POST ARREST INTERVIEW
01/30/2019

Pages 57–60

Page 57

1 it.
2     SPECIAL AGENT EDWARDS: (Inaudible).
3     DETECTIVE GOUREY: Do you want to read the
4 law?
5     MR. KARNATI: No, sir.
6     DETECTIVE GOUREY: Just trust me when I say
7 like making false statements to a federal agent is
8 against the law.
9     MR. KARNATI: Yeah.
10     SPECIAL AGENT EDWARDS: (Inaudible) is
11 prison.
12     DETECTIVE GOUREY: I'm going to ask you.
13 I'm going to ask you this question again. Okay?
14 Okay. I'm going to ask you this question again. I
15 want to ask a series of questions about this.
16     MR. KARNATI: Sure.
17     DETECTIVE GOUREY: The reason for the
18 University of Farmington, just be honest, the purpose
19 of paying the University of -- the University of
20 Farmington money was not necessarily to get an
21 education because they did not offer an education.
22 The purpose of paying the University of Farmington was
23 for maintaining immigration status and not for
24 education in any way, shape, or form?
25     MR. KARNATI: Okay.

Page 58

1     DETECTIVE GOUREY: I'm asking you, yes or
2 no; is that true?
3     MR. KARNATI: I don't know to that extent,
4 sir. I know the fees is less and the (Inaudible) go
5 to the classes often. These are the main two things
6 that are -- that I tell to students.
7     DETECTIVE GOUREY: But they do offer
8 classes?
9     MR. KARNATI: That's what, sir, I don't --
10 I think they offer once a semester class.
11     DETECTIVE GOUREY: So you're recommending
12 students to a school that you don't under -- you don't
13 know if they offer classes? I'm asking you. You
14 said, well, they make you go one time to a class.
15 Right? So they make you go to a class one time. I'm
16 asking you. You're recommending students to a
17 university that you think offers a class one time over
18 four months?
19     MR. KARNATI: Yes. Yeah, because there are
20 many universities do like that.
21     DETECTIVE GOUREY: Okay.
22     MR. KARNATI: They ask about is it creating
23 any problems.
24     DETECTIVE GOUREY: I'll tell you what. I
25 went to -- I have gone to two universities, okay, in

Page 59

1 my life. I have researched other universities. I
2 have many friends who went to a whole bunch of
3 universities. I work with people who went to a
4 multitude of universities, both online and in-person
5 universities. Nobody has ever said to me, yeah, I
6 went to college for four years and I only had to go to
7 class once a semester. Nobody has ever said that to
8 me.
9     So when you keep saying many colleges are
10 doing it this way, many colleges are not doing it this
11 way. That is completely false. They are not doing it
12 this way. A good university, a real university, is
13 not doing it. A fake university, that is -- you're
14 going there for your F-1 status, so the only -- the
15 purpose of that university is to keep your status,
16 they're doing it that way. But real universities that
17 really care about students that want to teach them
18 something, they're not doing it that way.
19     MR. KARNATI: That's what (Inaudible).
20 That point I don't know. If you see there is a
21 university of campus of University in Louisville. It
22 is also offering -- a one semester class. Many
23 (Inaudible) many people are traveling from India and
24 abroad. That's like -- I know that university closely
25 because I live in Louisville. So I thought that is a

Page 60

1 legitimate way. That is legitimate.
2     So even again, to the best of my knowledge,
3 online is also -- online class is an acceptable class.
4 So even in Farmington also I thought it's online the
5 same, online.
6     DETECTIVE GOUREY: Okay.
7     MR. KARNATI: So I thought it's an online
8 flexible university. That is the only reason. It's
9 not that -- I don't know exactly, what exactly is
10 happening with only for student status or something
11 like that.
12     DETECTIVE GOUREY: Okay. Give us a second.
13     MR. KARNATI: Sure, sir. Again,
14 (Inaudible) on.
15     DETECTIVE GOUREY: Okay.
16     MR. KARNATI: Again, it's not that I want
17 to do something wrong or --
18     DETECTIVE GOUREY: Yeah.
19     MR. KARNATI: Just for helping.
20     DETECTIVE GOUREY: Okay. All right. Just
21 stay put for a second. We're going to come and talk
22 to you here in a minute.
23     MR. KARNATI: Can I get some water?
24     DETECTIVE GOUREY: What's that?
25     MR. KARNATI: Can I just get some water?

, POST ARREST INTERVIEW
01/30/2019

Pages 61–64

Page 61

1           DETECTIVE GOUREY:  Yeah, in a minute.  In a
2 minute.  I'll bring you -- we're almost done.
3           SPECIAL AGENT EDWARDS:  There is a water
4 right there.  You can have that one.
5           DETECTIVE GOUREY:  This one here?
6           SPECIAL AGENT EDWARDS:  And you already had
7 (Inaudible).
8           MR. KARNATI:  I'll be (Inaudible) to really
9 study at the university, you see my attitude.
10 (Inaudible) so I want to study.
11           DETECTIVE GOUREY:  Yeah, yeah.
12           MR. KARNATI:  Otherwise I should have
13 gotten in some (Inaudible).
14           DETECTIVE GOUREY:  Okay.
15           MR. KARNATI:  It's not depending on the
16 person (Inaudible).
17           DETECTIVE GOUREY:  Hold that thought for a
18 second.  Hold that thought and hold onto that for a
19 second.  We're going to talk more about that.
20           MR. KARNATI:  Sure.
21           DETECTIVE GOUREY:  All right.  Before we
22 walked out, you were -- you were saying something
23 about your education.
24           MR. KARNATI:  Yeah.
25           DETECTIVE GOUREY:  Go on.  Go ahead and

Page 62

1 finish.  I'm sorry.  I was half paying attention.
2           MR. KARNATI:  No.  Actually I was --
3           DETECTIVE GOUREY:  Go ahead.
4           MR. KARNATI:  Actually, I was telling like
5 I'm studying in the University of Louisville.
6           DETECTIVE GOUREY:  Okay.
7           MR. KARNATI:  And --
8           SPECIAL AGENT EDWARDS:  (Inaudible).
9           MR. KARNATI:  Thank you.
10 Like I'm (Inaudible) working, studying,
11 family.
12           DETECTIVE GOUREY:  Okay.
13           MR. KARNATI:  So it's not that I want to
14 just study something and it's a very good university.
15 I'm just telling you that part.
16           DETECTIVE GOUREY:  That you're going to the
17 university of -- you're -- I thought you said
18 something like you're very serious about your
19 education.
20           MR. KARNATI:  Yeah.
21           DETECTIVE GOUREY:  And that's why you're
22 going to the university of --
23           MR. KARNATI:  It's not like that.  I want
24 to really study good things.
25           DETECTIVE GOUREY:  You want to study a good

Page 63

1 program?
2           MR. KARNATI:  Yeah.
3           DETECTIVE GOUREY:  Okay.  So you -- going
4 off that, you're saying I want to study.  I'm
5 taking --- I'm very serious about studying.  I'm
6 doing -- so I'm going to the University of Louisville?
7           MR. KARNATI:  Yeah.  Because it's closer to
8 me also.
9           DETECTIVE GOUREY:  Right.  Because it's
10 closer to you also.  But you also said something like
11 I --- you said something about like I want you to know
12 I'm taking my education very seriously.
13           MR. KARNATI:  I'm just telling you this.
14           DETECTIVE GOUREY:  That you take your
15 education very seriously.
16           MR. KARNATI:  Yes, sir.
17           DETECTIVE GOUREY:  Okay.  Then you -- I'm
18 not denying that you don't.  By meeting you, I can
19 tell.  I understand that you do take your work
20 seriously, your education seriously, and your family
21 seriously.  I understand that.  So you take yourself
22 seriously.
23 You take your education -- let's just talk
24 about your education for right now.  You take your
25 education very seriously.

Page 64

1           MR. KARNATI:  Yes, sir.
2           DETECTIVE GOUREY:  So you -- but at the
3 same time, you enrolled in the University of
4 Louisville?
5           MR. KARNATI:  Yes, sir.
6           DETECTIVE GOUREY:  Okay.  And the reason
7 you enrolled in the University of Louisville, is it
8 because it's a good college?
9           MR. KARNATI:  It's a good college.
10           DETECTIVE GOUREY:  The professors are
11 competent, right?  They're very good professors?
12           MR. KARNATI:  I did not do the research to
13 that extent.  Because I live close, I know that the
14 University of Louisville is a good college and the
15 course they are offering has high demand because of
16 the business analytics course.
17           DETECTIVE GOUREY:  Okay.
18           MR. KARNATI:  So that's a reason why I have
19 chosen that.
20           DETECTIVE GOUREY:  And they have -- okay.
21 So I guess basically -- you're taking your education
22 very seriously?
23           MR. KARNATI:  Yes.
24           DETECTIVE GOUREY:  Would you say that the
25 people who went to the University of Farmington were

, POST ARREST INTERVIEW
01/30/2019

Pages 65–68

Page 65

1 not taking their education very seriously?
2          MR. KARNATI:  It's not like that, sir.  It
3 is just -- it is more flexible.  That is all -- the
4 only thing with respect to the University of
5 Farmington.
6          DETECTIVE GOUREY:  Okay.
7          MR. KARNATI:  Okay.  And the -- the value,
8 what we got (Inaudible) because even I'm taking the
9 course and (Inaudible) University of Louisville.
10          DETECTIVE GOUREY:  Louisville is probably
11 ranked.  Louisville is the top 100, right?
12          MR. KARNATI:  Yeah, but I wouldn't be the
13 same person who went to Harvard of Massachusetts.
14          DETECTIVE GOUREY:  No, no, no.  Forget
15 Harvard.  Forget --
16          MR. KARNATI:  No, I just --
17          DETECTIVE GOUREY:  I'm not worried about
18 Harvard.  I'm worried about the University of
19 Farmington and whether they actually -- whether or not
20 the University of Farmington actually has classes or
21 not.  I think --
22          MR. KARNATI:  Yeah, it is online or once a
23 semester.
24          DETECTIVE GOUREY:  Okay.  It's not.  It's
25 not.

Page 66

1          MR. KARNATI:  It's not.
2          DETECTIVE GOUREY:  It's not online.
3          MR. KARNATI:  Okay.
4          DETECTIVE GOUREY:  They don't -- they don't
5 do classes online.
6          MR. KARNATI:  Okay.
7          DETECTIVE GOUREY:  Okay.  I know this.  I
8 know -- it seems to me that I know more about the
9 school than you do.
10          MR. KARNATI:  Okay.
11          DETECTIVE GOUREY:  It appears this way
12 because I don't think you're being honest when it
13 comes to this kind of stuff.
14          MR. KARNATI:  No, no, no, sir.
15          DETECTIVE GOUREY:  Well, it just -- it
16 appears that way.  Now, listen, if I'm going to enroll
17 my wife into a school, if I'm going to go and
18 recommend my wife to a school, I'm going to know about
19 that school.  I think you know about the University of
20 Farmington.  It's clear that you have not only
21 recommended your wife, not only are you going to
22 enroll your wife, but 30 other men, 30 other women who
23 you have recommended before, more than 30.  You got
24 paid for it.  Okay.  I know all about that.
25          MR. KARNATI:  Okay.

Page 67

1          DETECTIVE GOUREY:  I know all about the
2 school.  I know about everything.  On top of that, I
3 know that you know that the school is not a legitimate
4 school.
5          MR. KARNATI:  Legitimate school, honestly,
6 I'm telling you, sir, I don't know -- that's what I'm
7 telling you.  For the campus and (Inaudible) if you
8 ask me it's a legitimate school.  I really don't know
9 whether it's a legitimate school.
10          DETECTIVE GOUREY:  Then why are you going
11 to enroll your wife into it?
12          MR. KARNATI:  That's what I thought, it was
13 a legitimate school only because --
14          DETECTIVE GOUREY:  No, no, no, you just
15 said.  You just said right now just before you said I
16 thought it was a legitimate school, just before that
17 you said, I honestly don't know.  You said a
18 legitimate and illegitimate.  I really don't know if
19 it's a legitimate school or not.  That's what you just
20 said.  You really don't know whether or not it is a
21 legitimate school.
22          MR. KARNATI:  Right.
23          DETECTIVE GOUREY:  But at the same time,
24 you are going to get your wife enrolled there.  Now
25 you said earlier because of price and because of

Page 68

1 English.
2          MR. KARNATI:  Yeah.
3          DETECTIVE GOUREY:  And flexibility and
4 stuff like that.
5          MR. KARNATI:  Right.
6          DETECTIVE GOUREY:  Okay.  But like the
7 reality is, is that people are going there to maintain
8 their F-1 status, and I think you know that.  That's
9 why you're getting paid.
10          Does Harvard pay recruiters per person to
11 bring people in?
12          MR. KARNATI:  Not the Harvard.
13          DETECTIVE GOUREY:  Does the University of
14 Louisville bring -- pay people per person to bring
15 them in?
16          MR. KARNATI:  There are many state
17 universities which has (Inaudible).
18          DETECTIVE GOUREY:  Who?  Which state
19 universities pay people per person to recruit?
20 Which -- which university pays a person cash, $200
21 cash per person, to bring somebody in?
22          MR. KARNATI:  That's what -- again, that
23 $200 cash thing, you are just tying it up.  Actually,
24 it's not the way -- it's been -- so --
25          DETECTIVE GOUREY:  Earlier you said you got

, POST ARREST INTERVIEW
01/30/2019                                                    Pages 69–72

Page 69

1  $200 cash per person.
2       MR. KARNATI:  That's what I'm telling
3  (Inaudible) to me.  So if there is a flexible
4  university, so I just recommended that one.  I just
5  send that to that person, Santosh.  After that, you
6  refer this one.
7       DETECTIVE GOUREY:  Okay.  But earlier you
8  said I got paid for -- I recommended 30 or more people
9  to the University of Farmington to Santosh and Santosh
10  paid me --
11      MR. KARNATI:  That's --
12      DETECTIVE GOUREY:  -- $200 per student and
13  I got paid cash.
14      MR. KARNATI:  Right.
15      DETECTIVE GOUREY:  So just now, I just
16  asked you a question and you want to divert the
17  subject, but I'm asking you again.  So you said many
18  universities -- many state universities pay
19  recruiters, right?  But you never -- I'm asking you:
20  How many state universities pay recruiters cash per
21  student to bring a student in?
22      MR. KARNATI:  I don't know much but --
23      DETECTIVE GOUREY:  I can tell you.
24      MR. KARNATI:  But --
25      DETECTIVE GOUREY:  Legitimate universities

Page 70

1  don't pay cash per student to recruiters to bring
2  people in.  Harvard doesn't.  University of Louisville
3  doesn't.  DeVry University doesn't.  University of
4  Phoenix doesn't.  That's a large spectrum of colleges.
5  They do not do that.  It is not legitimate.  You are a
6  smart guy.  Are you not?  Are you smart?
7       MR. KARNATI:  Yeah.
8       DETECTIVE GOUREY:  You are.  I'm telling
9  you you are.  Your bachelor's was in what?
10      MR. KARNATI:  Analytical electronics
11  engineering.
12      DETECTIVE GOUREY:  Electronic?
13      MR. KARNATI:  Yes.
14      DETECTIVE GOUREY:  Electronic engineering?
15      MR. KARNATI:  Yes.
16      DETECTIVE GOUREY:  Okay.  So you're an
17  engineer?
18      MR. KARNATI:  Yeah.
19      DETECTIVE GOUREY:  Okay.  I'm not an
20  engineer because I'm not smart enough to be an
21  engineer.  You are smarter than me.
22      MR. KARNATI:  No, sir.
23      DETECTIVE GOUREY:  You are.  Okay.  He is
24  not an engineer.  You are a smarter than him.  You are
25  a smart person.  Okay.  You work --- you're a computer

Page 71

1  software developer.  Okay.  Dumb people cannot be
2  computer software developers.
3       MR. KARNATI:  No, sir.
4       DETECTIVE GOUREY:  Can they?  Yes or no?
5  Can you be stupid and be a software developer?
6       MR. KARNATI:  It's not like that.
7       DETECTIVE GOUREY:  You can't, right?
8       MR. KARNATI:  (Inaudible).
9       DETECTIVE GOUREY:  You have to be sharp.
10  You have to be sharp, right?  You have to be very
11  smart?
12      MR. KARNATI:  Yeah.
13      DETECTIVE GOUREY:  Yes or no?
14      MR. KARNATI:  Yes, sir.
15      DETECTIVE GOUREY:  Okay.  Because I don't
16  understand it, but you do.  Okay.  So let me explain
17  something to you.  You are a very smart guy.  Okay.
18  You're in computer and electronic engineering.  You're
19  a software developer.  You're a very smart person.
20  You conduct yourself very well.  Okay.  You dress
21  nice.  You have a good job.  You have a family.  You
22  are very smart.  You have a house and everything.
23      MR. KARNATI:  Thank you.
24      DETECTIVE GOUREY:  But when I ask you about
25  the University of Farmington, you are, I don't know.

Page 72

1  You don't know anything.
2       MR. KARNATI:  I know.  That's what I said.
3  I told you about the fees.  I told you about --
4       DETECTIVE GOUREY:  And so, again, so if a
5  university comes up to you and says, hey, you know
6  what, because you recommended some of these guys, I'm
7  going to pay $200 -- I'm going to give you $200 for
8  all those guys that you recommended.  As a smart man,
9  wouldn't you say, that doesn't make any sense.  Then
10  when they pay you cash, wouldn't you say, that doesn't
11  make any sense, why am I getting paid cash?
12      MR. KARNATI:  I agree, sir.
13      DETECTIVE GOUREY:  From a -- okay.  So do
14  you see why I'm sitting here and I'm -- I'm looking at
15  you and I'm saying stop it.  Stop it.  Stop it.  Be
16  honest.  Stop it.
17      MR. KARNATI:  Yes, sir.  That's what I'm
18  saying.  After that, I -- that's -- again, I totally
19  in the past, up to that I never recommended any other
20  persons to them.  Okay.  So that was the end.  And
21  again, I'm saying, I thought it was an online program,
22  but it's not that -- it is completely not a good
23  university.  Again, to answer your question, sir, to
24  have evaluate myself.
25      DETECTIVE GOUREY:  So you realize that it

, POST ARREST INTERVIEW
01/30/2019

Page 73

1  was not a good university?
2       MR. KARNATI: It might not -- again, that's
3  what I'm saying.
4       DETECTIVE GOUREY: Okay.
5       MR. KARNATI: There might be online
6  courses. Again, to evaluate myself, I saw people
7  coming -- again, that's what I'm saying. I saw people
8  coming from India and going to India with different
9  status, getting cleared.
10      DETECTIVE GOUREY: Right.
11      MR. KARNATI: Okay. There is a person who
12 is transferred from H-4 to F-1.
13      DETECTIVE GOUREY: Right.
14      MR. KARNATI: So I thought it has a good --
15 it is on the good books of (Inaudible).
16      DETECTIVE GOUREY: Okay.
17      MR. KARNATI: So even if I don't understand
18 how they are exactly running the program, I know that
19 it is in the good books of the university, so I can --
20 I think students will be okay over there. That is the
21 only reason why I am -- if I think if I get any
22 (Inaudible) that it is a fake university, it's a
23 completely fake university, running only for the
24 status -- which is a (Inaudible) universities, even if
25 it is running for the status -- because the online

Page 74

1  program, there aren't many universities which are
2  online programs, sir.
3       DETECTIVE GOUREY: I know. But they don't
4  have an online program.
5       MR. KARNATI: Again, if you ask me if I
6  completely don't know that they don't have an online
7  program, probably. I might have done the mistake.
8  It's like my intuition. Like, okay, these are the
9  things happening, so they might have some online
10 program. That's how -- it's not that I suspected
11 them. Okay. Do my research whether it's wrong or
12 right.
13      DETECTIVE GOUREY: Mm-hmm.
14      MR. KARNATI: I didn't go to the extent.
15 You understand, sir, that's what I'm telling you. I
16 didn't go to that extent. Okay. So if this is
17 happening, fine. So these are in the -- it might be
18 in the good books of the (Inaudible).
19      DETECTIVE GOUREY: Okay.
20      MR. KARNATI: It is offering flexible,
21 flexibility. And most of the -- if you see the
22 (Inaudible) they are doing second master's so
23 that -- doesn't come in the picture. So $2,500
24 flexible, flexible. Those are the only two factors.
25      DETECTIVE GOUREY: $2,500 for a semester?

Page 75

1       MR. KARNATI: Per semester and flexibility.
2  These are the only two factors. Say if you come to --
3  if you come to me and ask, hey, I'm looking for some
4  flexible university.
5       DETECTIVE GOUREY: Mm-hmm.
6       MR. KARNATI: I want less fees. So hey, go
7  to the -- we have Farmington --
8       DETECTIVE GOUREY: Okay.
9       MR. KARNATI: -- so that is that.
10      DETECTIVE GOUREY: Right.
11      MR. KARNATI: I also (Inaudible) okay. The
12 students are going and coming --
13      DETECTIVE GOUREY: Mm-hmm.
14      MR. KARNATI: -- at the border, when
15 they're crossing the border, transfers are happening
16 fine and ENCs. So these two, okay. So just this one.
17      DETECTIVE GOUREY: So the border -- you saw
18 students come and go from the border and you saw that
19 they were not --
20      MR. KARNATI: Just one or two people, yeah.
21 I just have two records.
22      DETECTIVE GOUREY: So their visa was good
23 because they were coming in and out?
24      MR. KARNATI: Yes, sir.
25      DETECTIVE GOUREY: So they had a good -- so

Page 76

1  it was a valid visa?
2       MR. KARNATI: Yes, sir.
3       DETECTIVE GOUREY: And so you thought
4  because their visa was valid --
5       MR. KARNATI: Different cities.
6       DETECTIVE GOUREY: -- that it must be a
7  good university?
8       MR. KARNATI: That's what I thought
9  (Inaudible).
10      DETECTIVE GOUREY: Okay. What questions do
11 you have?
12      SPECIAL AGENT EDWARDS: What happens to
13 your F-1 if you're not in school?
14      DETECTIVE GOUREY: What happens to an F-1
15 visa if you're -- if you graduate or you drop out of
16 school?
17      MR. KARNATI: The F-1 will stay there for
18 some days and I think they say (Inaudible).
19      SPECIAL AGENT EDWARDS: And then what?
20      MR. KARNATI: The service will be
21 terminated.
22      SPECIAL AGENT EDWARDS: Terminated?
23      MR. KARNATI: Yeah.
24      SPECIAL AGENT EDWARDS: What's that mean?
25      MR. KARNATI: The (Inaudible) mean you have

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 77–80

Page 77

1   to get into some status or you have to go back.
2         SPECIAL AGENT EDWARDS:  You have to get
3   into some status or go back --
4         MR. KARNATI:  Yeah.
5         SPECIAL AGENT EDWARDS:  --- to your country?
6         MR. KARNATI:  Country.
7         SPECIAL AGENT EDWARDS:  How do you get back
8   in status?
9         MR. KARNATI:  So properly, if you go into
10  any of the (Inaudible) schools and you can go across
11  the border and come back.
12        SPECIAL AGENT EDWARDS:  Okay.  So as long
13  as you get back into a school, you can stay here?
14        MR. KARNATI:  As long as you get back into
15  a legitimate school.
16        SPECIAL AGENT EDWARDS:  Okay.
17        MR. KARNATI:  And you -- you have to cross
18  the border and they say that if the school is good,
19  then they will activate status.
20        SPECIAL AGENT EDWARDS:  Oh, okay.  Does
21  Farmington do that?  Does it help -- does it give them
22  status so they can stay?
23        MR. KARNATI:  Again, as you said, for one
24  or two students whose visas were terminated,
25  Farmington does it.  That is one of the other

Page 78

1   criteria.
2         SPECIAL AGENT EDWARDS:  Oh, that's kind of
3   cool.  They help them out?
4         MR. KARNATI:  They help them out.  They
5   (Inaudible) at the border and at the border they say
6   it's a good school and they (Inaudible).
7         SPECIAL AGENT EDWARDS:  I appreciate you
8   explaining this to me because I'm not in this kind of
9   world.
10        MR. KARNATI:  Okay.
11        SPECIAL AGENT EDWARDS:  I'm the computer
12  guy.  I do phones and computers.
13        MR. KARNATI:  Okay.
14        SPECIAL AGENT EDWARDS:  So this is new to
15  me.  I appreciate you explaining it to me.  So if your
16  F-1 status ends, you have to leave and then you can
17  come back --
18        MR. KARNATI:  It's not --
19        SPECIAL AGENT EDWARDS:  You can come back?
20        MR. KARNATI:  Yeah.
21        SPECIAL AGENT EDWARDS:  Or you have to --
22  or you -- you have to go get -- get a visa another
23  way.  Right?
24        MR. KARNATI:  No, sir.  Visa is a different
25  thing.

Page 79

1         SPECIAL AGENT EDWARDS:  I'm sorry, you
2   would have to get a -- you would have to get a --
3   yeah, would you have to get a -- you would have to get
4   a different visa.  So if you -- if you lose your F-1
5   status, you either have to leave the United States or
6   you have to transfer status.  You would have to --
7         MR. KARNATI:  Transfer your (Inaudible).
8         SPECIAL AGENT EDWARDS:  Well, no.  You
9   would have to get a different -- if you didn't go to
10  school, if you came to the United States on an F-1
11  visa and you are not getting --- you're no longer in
12  school, you have to get a different visa, either an
13  H-1 visa or you have to do something like that or
14  different -- or spouse.
15        MR. KARNATI:  No.  Without the visa, then
16  you are fine, sir.  If you -- the only thing is if you
17  have a visa for five years, your master's completes in
18  two years, if you get your H-1, you can transfer to
19  H-1.
20        SPECIAL AGENT EDWARDS:  Okay.  So but you
21  have to transfer to an H-1?
22        MR. KARNATI:  No, the H-1.  H-1 is a
23  different -- you have to transfer to the H-1 if you
24  get the H-1.
25        SPECIAL AGENT EDWARDS:  Okay.

Page 80

1         MR. KARNATI:  Or else can you continue in
2   the F-1.
3         SPECIAL AGENT EDWARDS:  You can continue as
4   an F-1 even without going to school?
5         MR. KARNATI:  No.
6         DETECTIVE GOUREY:  That's what we're
7   saying.
8         MR. KARNATI:  No, you can't.  (Inaudible)
9   again, it's best of my knowledge.
10        SPECIAL AGENT EDWARDS:  Right.
11        MR. KARNATI:  (Inaudible).
12        SPECIAL AGENT EDWARDS:  Where does your
13  wife live?
14        MR. KARNATI:  She lives with me.
15        DETECTIVE GOUREY:  Lives with you?
16        MR. KARNATI:  Yeah.
17        SPECIAL AGENT EDWARDS:  What's her status?
18  Does she have like an F-1, H-1?
19        MR. KARNATI:  H-4.
20        DETECTIVE GOUREY:  From you?
21        MR. KARNATI:  Yeah.
22        SPECIAL AGENT EDWARDS:  Okay.  Who told you
23  about the University of Farmington?
24        MR. KARNATI:  Like, I got to know from a
25  couple of friends and even Santosh told me about

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 85–88

Page 85

1    campus. These are the only two universities I know.
2         SPECIAL AGENT EDWARDS: Write them down.
3         MR. KARNATI: These are the only two
4    universities that are flexible and ---
5         DETECTIVE GOUREY: So, what is it,
6    Campbellsville?
7         MR. KARNATI: Campbellsville and
8    Cumberland.
9         DETECTIVE GOUREY: Okay. C-a-m-p-b- --
10        MR. KARNATI: B. Campbell, b-e-l-l-s-
11        DETECTIVE GOUREY: E like Edward?
12        MR. KARNATI: Hmm.
13        DETECTIVE GOUREY: L like Edward.
14        MR. KARNATI: Campbells, C-a -- Campbells.
15        DETECTIVE GOUREY: Write it a little neater
16   for me, okay?
17        MR. KARNATI: Sorry.
18        DETECTIVE GOUREY: Campbellsville?
19        MR. KARNATI: Yeah, Campbells. A-m.
20        DETECTIVE GOUREY: That's the way you spell
21   it?
22        MR. KARNATI: Yeah.
23        DETECTIVE GOUREY: Anything else?
24        SPECIAL AGENT EDWARDS: Not that I can
25   think of.

Page 86

1         DETECTIVE GOUREY: All right. Let's go
2    ahead and grab your water. You can leave the other
3    water here. We'll throw it out for you.
4         SPECIAL AGENT EDWARDS: One last thing,
5    every time at the end of the interview we once again
6    explain to you it's a crime to lie to us. It's a
7    five-year felony. You can be in prison for five years
8    for telling a lie.
9         If you have mislead us in any way, this is
10   the last chance to change your statement. If we find
11   out later that you lied, you can be charged with a
12   five-year felony that would be on top of any other
13   charges that you would get. If you might have made a
14   mistake and you would like to change a statement, now
15   is your one time to change your statement and tell the
16   truth. If we find out later, you will be charged with
17   an additional crime.
18        Is there anything you would like to change?
19        MR. KARNATI: Just I think I told
20   everything what you asked. The only thing is when you
21   asked about the fake university, that --- I don't know
22   that. From the bottom line, I really don't know how
23   they're really operate. I thought it was an excellent
24   university. I mean, not to the great extent. But I
25   thought, at least legitimacy is there, some legitimacy

Page 87

1    is there. It's not completely -- it's not that I know
2    that it is a fake university and trying to help the
3    students to get in.
4         That is what -- that is what I wanted to
5    tell you. Not for the profit purposes, the $200, $300
6    (Inaudible). The bottom line is that is the things I
7    thought it was flexible and less fee and there is
8    legitimacy. (Inaudible) some classes might be.
9         Other than -- I will honestly tell you that
10   because even I'm coming -- whether something is
11   not legitimate, don't really go to that extent.
12        DETECTIVE GOUREY: Okay.
13        MR. KARNATI: I evaluated it to some extent
14   and thought there is some -- might be to a thin line
15   or a (Inaudible) line of legitimacy, otherwise it
16   wouldn't operate for so long.
17        DETECTIVE GOUREY: Right.
18        MR. KARNATI: That is all (Inaudible).
19        SPECIAL AGENT EDWARDS: So he's been
20   warned. He understands the law. If we find out that
21   you have lied to us, you understand?
22        MR. KARNATI: Yes.
23        SPECIAL AGENT EDWARDS: Okay.
24        DETECTIVE GOUREY: Okay.
25        MR. KARNATI: That's what it is.

Page 88

1         DETECTIVE GOUREY: Anything else?
2         SPECIAL AGENT EDWARDS: Because we're here
3    to find out. That's what we do. We do
4    investigations.
5         MR. KARNATI: That's fine.
6         SPECIAL AGENT EDWARDS: We do a lot of
7    digging and we're going to go through records. We
8    know a lot more than we have told you today.
9         MR. KARNATI: Yeah.
10        DETECTIVE GOUREY: Okay. Anything else?
11        MR. KARNATI: What is the next step, sir?
12        DETECTIVE GOUREY: Next step is you're
13   going to be -- go in front of the judge -- you're
14   going to meet with -- with -- not necessarily like a
15   social worker, but like a worker for the court. Okay.
16   They're going to like basically get some information
17   from you. They're going to get whether, you know,
18   whether or not you can afford an attorney.
19        They're going to figure out whether or not
20   you can get different -- they're going to ask you
21   about, like, health conditions. Then you're going to
22   see a judge and the judge either is going to assign an
23   attorney or you're going to bring your attorney in.
24        MR. KARNATI: Okay.
25        DETECTIVE GOUREY: However you want to do

, POST ARREST INTERVIEW
01/30/2019

Pages 81–84

Page 81

1    Farmington.
2              SPECIAL AGENT EDWARDS:  What's his name?
3              MR. KARNATI:  Santosh.
4              SPECIAL AGENT EDWARDS:  Santosh?
5              MR. KARNATI:  Yes.
6              SPECIAL AGENT EDWARDS:  How do you spell
7    that?  I think I spelled it wrong.
8              MR. KARNATI:  S-a-n-t-o-s-h.
9              SPECIAL AGENT EDWARDS:  S-a-n?
10             MR. KARNATI:  T-o.
11             SPECIAL AGENT EDWARDS:  T-o.
12             MR. KARNATI:  S-h.
13             SPECIAL AGENT EDWARDS:  Sorry.  I write
14   real slow too.
15             MR. KARNATI:  Yeah.
16             SPECIAL AGENT EDWARDS:  How did you meet
17   Santosh?
18             MR. KARNATI:  I mean, I met him once in
19   California and being there for a meeting and he was in
20   California at that time.  I met him, but before that,
21   we talked to him.
22             SPECIAL AGENT EDWARDS:  In California at a
23   meeting?
24             MR. KARNATI:  Yeah.
25             SPECIAL AGENT EDWARDS:  What kind

Page 82

1    of meeting?
2              MR. KARNATI:  No.  That meeting is not a
3    meeting, like meeting in the sense like I went to the
4    office and I had a -- I also had a friend over there.
5    I just -- I went to meet my friend and Santosh was
6    also there and I went and met Santosh.
7              SPECIAL AGENT EDWARDS:  Okay.  Has the
8    university ever -- or Santosh ever told you that what
9    they were doing was illegal?
10             MR. KARNATI:  No, sir.
11             SPECIAL AGENT EDWARDS:  He never said that?
12             MR. KARNATI:  No.  Because if it is
13   illegal, he will be in -- (Inaudible).
14             SPECIAL AGENT EDWARDS:  All right.
15             MR. KARNATI:  So, again, when the person --
16   when the service is done, the person gets admission in
17   Farmington, they are coming back, the service gets
18   activated and they are coming back.  So these are the
19   couple of things that I evaluated, whether it is good
20   or bad.  I just -- again, that's -- it's not that the
21   university is completely fake, those things.  Even if
22   you put my name (Inaudible) we don't know unless they
23   are ripped off whether they are fake.  (Inaudible)
24   studied and/or lost (Inaudible) no one knows that it
25   is a legitimate or fake.

Page 83

1              Being a third-party, again, in Louisville,
2    we don't know how it is operating.  We see a couple of
3    things and we just estimated it is a good university.
4    Before getting into the University of Louisville, I
5    almost got into the campus (Inaudible).  It's
6    (Inaudible) getting, it's not once since (Inaudible)
7    so once studying at the university.
8              SPECIAL AGENT EDWARDS:  I've got another
9    question for you.  When do you graduate with your
10   master's?
11             MR. KARNATI:  When I will get graduated?
12             SPECIAL AGENT EDWARDS:  When will you
13   graduate?
14             MR. KARNATI:  This year, sir.
15             SPECIAL AGENT EDWARDS:  This year?
16             MR. KARNATI:  October of 2019.
17             SPECIAL AGENT EDWARDS:  What happens to
18   your status after you graduate?
19             MR. KARNATI:  That's what I told.  My
20   status is not -- completely different.  I'm actually
21   (Inaudible) on I am on H-1.
22             DETECTIVE GOUREY:  He is on H-1.
23             SPECIAL AGENT EDWARDS:  What's H-1?
24             MR. KARNATI:  It's a work visa.
25             SPECIAL AGENT EDWARDS:  Hmm?

Page 84

1              MR. KARNATI:  Work visa, highly skilled
2    work visa.
3              DETECTIVE GOUREY:  Okay.  It's like IT
4    and --
5              MR. KARNATI:  Yeah.
6              DETECTIVE GOUREY:  Stuff like that.
7              SPECIAL AGENT EDWARDS:  So as long as --
8    you're allowed -- he is allowed to keep staying here?
9              DETECTIVE GOUREY:  His status is tied to
10   his work, not --
11             MR. KARNATI:  Work, my employer will
12   maintain the status.  So I am just to going school,
13   paying a fee, and getting the degree.
14             DETECTIVE GOUREY:  I want you to write down
15   every school that you know of right now where they
16   have incredibly cheap fees compared to everybody else,
17   where you only have to go to class once a semester.
18             MR. KARNATI:  Yeah.
19             DETECTIVE GOUREY:  And where they have
20   similar situations like University of Farmington where
21   you have F-1 students going for master's degree, they
22   don't have to take English tests to get in.  They
23   don't have to take GRE or GMAT to get in and all these
24   situations.  So you named a few.  You said Cumberland.
25             MR. KARNATI:  Cumberland and Campbellsville

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson
U. S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids
Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy

, POST ARREST INTERVIEW
01/30/2019

Pages 89–91

Page 89

```
 1   it.
 2              MR. KARNATI:  Sure.
 3              DETECTIVE GOUREY:  And then from there, you
 4   know, it's kind of going to be up to the judge.  Your
 5   attorney can explain further steps in the court
 6   process.  I can't really explain it because it
 7   varies -- you know, if you do it this way, you know,
 8   do it this way, you do it -- it's all different.
 9              MR. KARNATI:  Oh.
10              DETECTIVE GOUREY:  And an attorney is only
11   going -- is going to explain to you the court process
12   and the hearing process a lot better than I can
13   because I really don't know the way they --
14              MR. KARNATI:  I understand.
15              DETECTIVE GOUREY:  -- are going to know.
16              MR. KARNATI:  Sure.
17              DETECTIVE GOUREY:  So you're going to see a
18   judge.  You're going to see an attorney.  They'll give
19   you some information from there.
20              MR. KARNATI:  Okay.  Calls out to
21   (Inaudible).
22              DETECTIVE GOUREY:  Yeah, yeah.  We're going
23   to let you make a call.  I don't know how soon they're
24   going to let you make a call.  But definitely they're
25   going to notify --
```

Page 90

```
 1              MR. KARNATI:  My wife will be (Inaudible).
 2              DETECTIVE GOUREY:  Yeah.  We're definitely
 3   going to let you guys make calls and they're
 4   definitely going to let you do stuff like that.
 5              MR. KARNATI:  After attorneys I can leave?
 6              DETECTIVE GOUREY:  Well, if you -- what's
 7   going to happen is your attorney is -- go ahead.  Your
 8   attorney is going to tell the judge, that you want to
 9   get out of jail, you want a bond.  Your attorney is
10   going to tell that.  The prosecutor is going to say,
11   well, we don't know.  They're going to argue about it.
12              (Recording concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 91

```
 1                     CERTIFICATE OF NOTARY
 2   STATE OF MICHIGAN )
 3                    ) SS
 4   COUNTY OF WAYNE  )
 5
 6              I, RENEE J. OGDEN, certify that the
 7   foregoing was recorded by me stenographically and
 8   reduced to computer transcription; that this is a
 9   true, full and correct transcript of my stenographic
10   notes so taken; and that I am not related to, nor of
11   counsel to, either party nor interested in the event
12   of this cause.
13
14
15
16              [signature] Renee J. Ogden
17
18              RENEE J. OGDEN, CSR-3455
19              Notary Public,
20              Wayne County, Michigan
21   My Commission expires: June 21, 2025
22
23
24
25
```

MIdeps@uslegalsupport.com
Ann Arbor | Detroit | Flint | Jackson

U.S. LEGAL SUPPORT
Bingham Farms/Southfield | Grand Rapids

Phone: 888.644.8080
Lansing | Mt. Clemens | Saginaw | Troy