# Exhibit G

# Karnati Statement to Probation Department

<u>ACCEPTANCE OF RESPONSIBILITY</u>

## Page 4 : Describe how you feel about this offence

After working for 6+ long years in United States I gained very best professional experience with customer interactions, presentations & technology. Being an entrepreneurial enthusiastic right from beginning I watch all the Shark tank episodes. I am always Inspired by many young entrepreneurs like Mark Cuban , Aston Kutcher . After attending entrepreneurial work shop in Louisville, KY by founder & CEO of FUBU , Daymond John I am very much motivated and fired up with excitement. I started meeting great people and small business owners/leaders asking for IT projects like website development or App development which helps their business growth. In the process I got introduced to the student referral program to universities which is the successful existing line of business with less risk. As Many state universities also has the student referral program, I thought of giving it a try. Over the period I am blessed to have very good accredited universities in my portfolio. Very much down the line I think by the early fall of 2017 I heard about University of Farmington from few students asking whether I have it in my portfolio.

Like any other individual , to add any university to my portfolio I framed a criteria of standards. 1) University Accreditation 2) Whether approved by respective enforcement agencies. When I researched the website of University of Farmington.

1) The website has impressive description with the history of university, motivational logo "SCIENTIA ET LABORE" which means "Through Knowledge and Work".

2) The university has prestigious accreditations "Accrediting Commission of Career Schools and Colleges (ACCSC)" and the "Michigan Department of Licensing and Regulatory Affairs (MDLRA)"

3) A statement saying "A nationally accredited institution authorized to enroll international students by the U.S. Department of Homeland Security"

It fits perfectly in my criteria of standards. Thought it would be good to have it in my portfolio of universities.

I the process I got to know about Santosh through a student and contacted him by the fall of 2017. Since then I placed at bottom of my current list of universities. For long time I was with impression that it is same as all the other universities. Much Later I got to know there are no physical classes. However still it is very much fine because almost all the universities offering online degrees to give more flexibility to balance work/life and education. It's the student's choice which university to choose.

Very much later I got to know only online study would not suffice the immigration needs for student status but I believed university of farmington will fortify itself very soon as it is start up university with respect to foreign students.

1

Overlooking this criteria was my mistake and I accept the responsibility for this.

The student referral at all not primary occupation or source of income. I work in respectable position for a great multi national company Humana Inc. I work all day for almost 8-10 hrs a day at the office and get busy taking care of my family and kids activities in the evenings. The idea to do any further research on that matter never stuck my mind. I was completely carried away by the fact that In this great country the system and enforcement authorities will ensure that the respective organization will follow certain rules and regulations and accreditation agencies will perform timely audits to ensure the standards. My mind intuitively believed that there couldn't be a fake organization on this land which is communicating with government agencies like USCIS/DHS all the time and working with accreditation agencies ensuring standards.

Now a days when I visit a Doctor's office or Lawyers office I am looking around on all the walls to find their original degree like a mad person. However what can I do, my sub-conscious mind is forcing me to do so and I am unable to control it. I pray God that, no individual should ever be or encounter my situation.

## Page 4 : What impact has your behavior has on others ?

My two sweet kids are meaning to my life. On the Detroit airport, I was put to the wall, searched, shackled in front of everybody and paraded me all across the airport while everyone is watching. That was the most shameful & embarrassing moment I ever had in my life. I was shown on television. All my dignity, social respect, and confidence which I gained in all my life through my dedication, hard work and education have been lost at that moment. I see no purpose of my life.

My kids future and smile on their faces are the only reason for me and my wife's survival today. They are the only purpose of our life.

After this traumatic incident I am extremely conscious and ensure my situation would not have any impact on my family. I try to keep myself cool and be happy with my kids so they don't get to know me and my wife's sufferings.

2

## Page 4 : What influenced your involvement in this offence ? (i.e. peers, personal circumstances)

I am not influenced by anyone. My trust in people, my trust in agencies, my entrepreneurial mindset and my enthusiasm & rush to become an entrepreneur cursed me back. It is an honest business mistake. I unknowing did the wrong, however my intentions were never wrong. I overlooked some facts as they were beyond my thoughts. I never expected or got to my imaginations that there could be a wrong university around us. Because intuitively we trust & believed the system or accreditation agencies would take care of standards and genunity of university and relied on it.

## Page 4 : What could you have done differently to avoid you finding yourself in this situation? What can you do differently in the future to avoid finding yourself in a similar situation?

This question haunted me all the time since I was indicted. Following are things I would have done differently

1) I shouldn't have pushed myself to be an entrepreneur when I don't have time to understand all the nitty-gritty of the business.

2) I shouldn't have blindly trusted what is written on the University website

3) I shouldn't have blindly trust accreditations have given/claimed by the universities

4) I should have gone for a personal visit to the university and get the confirmation about the mode of class (like.. Physical only, Online only, Physical & Online)

5) The fact that university is receiving necessary immigration approval from United States Immigration Services(USCIS) made me believe that it is legitimate.

6) When I got to know that only online study wouldn't suffice for Immigration needs, I should have alerted the respective enforcement agencies instead of believing it would be corrected soon by the university.

3

7) Shouldn't have trusted the universities admission directors assurance merely by word (eg: He assured, they are planning to purchase a building to start the physical classes and Inviting Investors to expand)