# Exhibit H

# Hardhi Work Certifications and Achievements

# Certificate of Appreciation

Awarded to

**Phanideep Karnati**

Congratulations!

Your contribution made a remarkable difference to the team, and we are glad to present this certificate as a token of our appreciation.

We appreciate the enthusiasm and pro-active spirit that you displayed. We are sure you will continue to exhibit great commitment and dedication, and win more laurels for the team. Wish you good luck and a great future with us.

On behalf of team _____CSS-BLNG_____

_____
(Sujit Baksi)

Date: 05/04/2008

**Tech Mahindra**
IT Services and Telecom Solutions

Awards FY 2008-09

COOKIES – CERTIFICATE OF APPRECIATION

# General Electric
## Certificate of Excellence

is hereby granted to:

**Phanideep Karnati**

for successful completion of Transition Activities on the

**Payroll Residual Applications Team**

April 12, 2010

Steve Eichorn
IT Team Leader

Annmarie Tessier
Program Manager





imagination at work

# aws CERTIFIED

## Phanideep Karnati

has successfully completed the AWS Certification requirements and has achieved their:

**AWS Certified Cloud Practitioner**



**Strategic Talent & Achievers Recognition Program**

## STAR Achiever

*Awarded to*

### Phanideep K

GE Corp - Payroll Residual

## Employee of the Quarter
Second Quarter, 2010-11

*In recognition of your valuable contribution made to Birlasoft. We look forward to your continued commitment, excellence and vibrancy.*

_____
HR Head/Center Head

Location: Hyderabad


MongoDB University

# Course Completion Confirmation

JULY 2019

*This confirms*

**PHANIDEEP KARNATI KARNATI**

*successfully completed*

**M001: MongoDB Basics**

*a course of study offered by MongoDB, Inc.*

**Shannon Bradshaw**
VP, Education
MongoDB, Inc.





COURSE CERTIFICATE

deeplearning

07/06/2019

Phanideep Karnati

has successfully completed

Introduction to TensorFlow for Artificial Intelligence, Machine Learning, and Deep Learning

an online non-credit course authorized by deeplearning.ai and offered through Coursera

Laurence Moroney
Staff AI Advocate
Google Brain

Verify at coursera.org/verify/RBEGXS6HB4N5
Coursera has confirmed the identity of this individual and their participation in the course.