# Exhibit I

# Karnati Academic Transcripts (unofficial)

# UNIVERSITY OF LOUISVILLE.

**Unofficial Transcript - Graduate Career**

Page 1 of 1

| Name: | Phanideep Karnati |
|---|---|
| Student ID: | 5387764 |
| Student Address: | 10808 Symington Cir<br>Louisville, KY 40241-1282<br>United States |
| Print Date: | 2019-12-20 |

**Degrees Awarded**

| Degree: | Master of Science |
|---|---|
| Confer Date: | 2019-08-07 |
| Degree Honors: | With Distinction |
| Plan: | Business Analytics |

**Other Institutions Attended**

University Of Louisville
South Third Street
Louisville, KY 40292
United States
International Credential Evaluation-CBC
Closed
N/A,
United States
Jawaharlal Nehru Tech Univ.
Hyderabad
India

**External Degrees**

| International Credential Evaluation-CBC | 2004-04-04 |
|---|---|
| Bachelor's Degree | |
| Jawaharlal Nehru Tech Univ. | 2004-04-04 |
| Bachelor's Degree | |

## Beginning of Graduate Record

### Fall 2018

| Program: | Grad Business Degree |
|---|---|
| Plan: | Business Analytics Major |

| Course | | Course Title | Attempted | Earned | Grade | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| MSBA | 605 | PROGRAMMING FOR ANALYTIC | 1.500 | 1.500 | A+ | 1.500 | 6.000 |
| MSBA | 610 | LINEAR ALGEBRA | 1.500 | 1.500 | A | 1.500 | 6.000 |
| MSBA | 615 | INTRO. TO STAT. PACKAGES | 1.500 | 1.500 | B+ | 1.500 | 4.950 |
| MSBA | 620 | DATA ANALYTICS I | 3.000 | 3.000 | A | 3.000 | 12.000 |
| MSBA | 625 | STORYTELLING WITH DATA | 3.000 | 3.000 | A | 3.000 | 12.000 |

| | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|
| Term Totals | 10.500 | 10.500 | 10.500 | 40.950 |
| Term Transfer Totals | | 0.000 | | |

Term GPA 3.900 Cum GPA 3.900

### Spring 2019

| Course | | Course Title | Attempted | Earned | Grade | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| MSBA | 635 | DATA ANALYTICS II | 3.000 | 3.000 | A+ | 3.000 | 12.000 |
| MSBA | 645 | DATA MINING | 3.000 | 3.000 | A | 3.000 | 12.000 |
| MSBA | 650 | DATA ANALYTICS III | 3.000 | 3.000 | B+ | 3.000 | 9.900 |
| MSBA | 655 | MARKETING ANALYTICS | 1.500 | 1.500 | A | 1.500 | 6.000 |

| | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|
| Term Totals | 10.500 | 10.500 | 10.500 | 39.900 |
| Term Transfer Totals | | 0.000 | | |

Term GPA 3.800 Cum GPA 3.850

### Summer 2019

| Program: | Grad Business Degree |
|---|---|
| Plan: | Business Analytics Major |

| Course | | Course Title | Attempted | Earned | Grade | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| MSBA | 630 | DATA MANAGEMENT | 3.000 | 3.000 | A+ | 3.000 | 12.000 |
| MSBA | 640 | DECISION MODELS | 3.000 | 3.000 | A+ | 3.000 | 12.000 |
| MSBA | 690 | ANALYTICS CAPSTONE | 3.000 | 3.000 | A+ | 3.000 | 12.000 |

| | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|
| Term Totals | 9.000 | 9.000 | 9.000 | 36.000 |
| Term Transfer Totals | | 0.000 | | |

Term GPA 4.000 Cum GPA 3.895

### Fall 2019

| Program: | Grad Speed Degree |
|---|---|
| Plan: | Computer Science and Engineering Major |

| Course | | Course Title | Attempted | Earned | Grade | GPA Units | Points |
|---|---|---|---|---|---|---|---|
| CECS | 545 | ARTIFICIAL INTELLIGENCE | 3.000 | 3.000 | A | 3.000 | 12.000 |
| CECS | 795 | SEM IN COMPUTER & ENG | 1.000 | 1.000 | A | 1.000 | 4.000 |

| | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|
| Term Totals | 4.000 | 4.000 | 4.000 | 16.000 |
| Term Transfer Totals | | 0.000 | | |

Term GPA 4.000 Cum GPA 3.907

### Graduate Career Totals

| | Attempted | Earned | GPA Units | Points |
|---|---|---|---|---|
| | 34.000 | 34.000 | 34.000 | 132.850 |

| Program: | Grad Business Degree |
|---|---|
| Plan: | Business Analytics Major |

Cum GPA 3.907 Cum Totals 34.000 34.000 34.000 132.850

**End of Unofficial Transcript - Graduate Career**

*Handwritten annotations: "Master's GPA 3.9", "Ph.D. 1st Semester GPA 4.0", "← This is Ph.D."*