# Exhibit J

# Karnati Charitable Donations



Phanideep Karnati <kphanideep217@gmail.com>

## Hindu Temple of Kentucky Transaction Information

**Hindu Temple of Kentucky** <temple@htky.com>
To: kphanideep217@gmail.com
Cc: homa@ventechsolutions.com

Wed, Aug 7, 2013 at 8:58 PM



# Hindu Temple of Kentucky

4213 Accomack Drive, Louisvillie, KY 40241



Dear PHANIDEEP KARNATI,

Thank you for performing transaction on our site. Please find below the details of your transaction(s).

Date: 08/07/2013 8:58 PM
Receipt No: 3988

| Sl. No | Service Name | Qty | Amount ($) | Total ($) |
|---|---|---|---|---|
| 1 | SATYA. KATHA PS IN HALL ( 1. Non Member ) | 1 | 125.00 | 125.00 |
| | | | Total Amount Paid ($) | 125.00 |

Payment Mode: Credit Card / Debit Card Manual - VPOSVPOS Order Number: 175182

If you have additional questions, please contact the Temple Administrator for further assistance.

May God Shower their choicest blessing upon you and your Family

Regards,
Hindu Temple of Kentucky
4213 Accomack Drive,
Louisville, KY 40241
(502) 429 8888
http://www.htky.org
temple@htky.com

This email was sent to kphanideep217@gmail.com by temple@htky.com.

We respect your privacy and do not share your personal information. Review our Privacy Policy.





Phanideep Karnati <kphanideep217@gmail.com>

## Hindu Temple of Kentucky Transaction Information

**Hindu Temple of Kentucky** <temple@htky.com> Sun, May 3, 2015 at 6:02 PM
To: kphanideep217@gmail.com
Cc: homa@ventechsolutions.com



# Hindu Temple of Kentucky

4213 Accomack Drive, Louisvillie, KY 40241



Dear PHANIDEEP KARNATI,

Thank you for performing transaction on our site. Please find below the details of your transaction(s).

Date: 05/03/2015 6:02 PM
Receipt No: 7888

| Sl. No | Service Name | Qty | Amount ($) | Total ($) |
|---|---|---|---|---|
| 1 | SATYANARAYANA KATHA TS | 1 | 51.00 | 51.00 |
| | | | Total Amount Paid ($) | 51.00 |

Payment Mode: Credit Card / Debit Card Manual - VPOSVPOS Order Number: 02481B

If you have additional questions, please contact the Temple Administrator for further assistance.

May God Shower their choicest blessing upon you and your Family

Regards,
Hindu Temple of Kentucky
4213 Accomack Drive,
Louisville, KY 40241
(502) 429 8888
http://www.htky.org
temple@htky.com

This email was sent to kphanideep217@gmail.com by temple@htky.com.

We respect your privacy and do not share your personal information. Review our Privacy Policy.





**Phanideep Karnati <kphanideep217@gmail.com>**

# HECSA Portland Balaji Temple 2016 Donations Tax Statement

**HECSA** <hecsapdx@gmail.com> Fri, Feb 3, 2017 at 10:41 PM
To: Kphanideep217@gmail.com




**Om Venkateswaraya Nama:**
**Hindu Educational & Cultural Society of America**
**Portland Balaji Temple**
A Non-Profit Organization Tax Exempt ID: # 27-1098567
2092 NW Aloclek Drive, #Suite 522, Hillsboro, OR97124
PH: 503.621.7716 / 503.430.7270 Fax No: 503-488-5543
Website: www.ebalajitemple.org



Friday, February 3, 2017

*Dear Mr. / Mrs. Karnati, Phanideep,*

*On behalf of HECSA – Portland Balaji Temple, I would like to thank you for your generous contribution of $251.00 for 2016. Your contribution has made it possible for us to continue to celebrate and support of all of our festivals, educational, cultural and social activities.*

*During 2016, HECSA celebrated many religious events and cultural programs. This has been possible because of thoughtful contributions from Devotees like you.*

*We look forward to your continued support and patronage in the future.*

*Please retain this acknowledgment for your generous contribution for your 2016 tax records.*

*We are sincerely grateful for your support. Please do not hesitate to contact me should you have any further questions, missing receipts for this total from your online account on (503-621-7716) or (hecsa@outlook.com). Once again thank you for your generous contribution.*

*Respectfully,*

*Sundarrajan Rajagopal*

*Founder and President*
*HECSA – Portland Balaji Temple*

No goods or services were received for this donation. The **(HECSA)** is a tax-exempt charity under the IRS code section 501c3, tax ID# (27-1098567).



Phanideep Karnati <kphanideep217@gmail.com>

## Hindu Temple of Kentucky Transaction Information

**Hindu Temple of Kentucky** <temple@htky.com> Wed, Feb 1, 2017 at 10:51 AM
To: kphanideep217@gmail.com
Cc: homa@ventechsolutions.com



# Hindu Temple of Kentucky

4213 Accomack Drive, Louisvillie, KY 40241



Dear PHANIDEEP KARNATI,

Thank you for performing transaction on our site. Please find below the details of your transaction(s).

Date: 02/01/2017 10:51 AM
Receipt No: 11956

| Sl. No | Service Name | Qty | Amount ($) | Total ($) |
|---|---|---|---|---|
| 1 | Donation | 1 | 51.00 | 51.00 |
| | | | Total Amount Paid ($) | 51.00 |

Payment Mode: Credit Card / Debit Card Manual - VPOSVPOS Order Number: 04797C

If you have additional questions, please contact the Temple Administrator for further assistance.

May God Shower their choicest blessing upon you and your Family

Regards,
Hindu Temple of Kentucky
4213 Accomack Drive,
Louisville, KY 40241
(502) 429 8888
http://www.htky.org
temple@htky.com

This email was sent to kphanideep217@gmail.com by temple@htky.com.

We respect your privacy and do not share your personal information. Review our Privacy Policy.





# ASHA JYOTHI HANDICAPPED WELFARE SOCIETY

Regd. No. Act XX1 of 1860 Society No 83 of 1998 .
**Office Address :** D.No. 5-141,Opp. Lane Kanakadurga Temple
Eluru Road, Tallamudi Village, **HANUMAN JUNCTION-521 105.**
Pedapadu Mandal, West Godavari District, A.P. India **Ph : 08656-242715**

No. 337

**CASH RECEIPT**

Date 29/10/2018

Received with thanks from M/s. Phanideep Karnati ............ the sum of Rupees Fifteen Thousand only ............ being the payment towards Maintenance ............ by Cash/Draft/Cheque/Online Transfer ✓

Donations are exempted from Tax U/S-80G Income Tax vide Vza/order

Rs. 15,000/-

Subject to realisation



Founder & Chairman
ASHA JYOTHI HANDICAPPED
WELFARE SOCIETY
D.No. 5-141, Opp. Lane :
Kanakadurga Temple, Eluru Road,

Authorised Signature

Income Tax Exemption No. U/S 80G (5) (Vi) of the ITACT. 1961 PAN No. AAAAA2105P




# NORTH SOUTH FOUNDATION

*Encouraging Excellence in Education*

September 13th, 2019

To whom it may concern:

North South Organization (NSF) is a non-profit organization established in 1989 with a mission of providing scholarships to brilliant, needy students in India and to promote excellence in education by conducting academic contests and coaching in USA. NSF provides online coaching programs for SAT, MathCounts, Elementary Math, Science Bee, Geography Bee to name a few.

Phanideep Karnati volunteered as a coach for Intermediate Science level program from October 2016 - February 2017. The weekly classes were taught online using conferencing tools for virtual classroom. Phanideep aided in NSF's mission to promote excellence in education in America.

Phanideep spent 45 hours in actual class time and preparation for class, homework, student and parent communication etc. He has been a valuable source for students with his coaching.

Phanideep's volunteering helps our program immensely. His initiative shows true dedication to further education of students, who prepare to succeed in Science. We hope he continues to help us in the future and keep up with his commitment to educate children wishing to develop skills in academics outside of school.

Sincerely,

Praveen Goli
NSF Online Coaching Director

2 Marissa Ct, Burr Ridge, IL 60527 ph:(630) 323-1966 fax:(630) 323-2982
www.northsouth.org