Exhibit L

Hardhi Karnati Achievements







**2019 Grade 3**
**Kentucky Performance Rating for Educational Progress (K-PREP)**
**HARDHI KARNATI**
School: ███████
District: ███████
State ID: ███████

# K-PREP Student Scores



This report provides specific information about your student's performance on the K-PREP test. It also includes information for teachers and parents/guardians about how to support student learning. The K-PREP test is only one indication of how well students do in each subject tested; therefore, it is also important to consider how well students are doing on class work, special projects and assessments.

Students taking the K-PREP test are assessed on the Kentucky Academic Standards. These standards in reading, writing, mathematics and science are rigorous and focus on college and career readiness. Rigorous standards, across all grade levels, help students prepare for what they plan to do after high school. For the future, Kentucky continues to work toward implementation and assessment of new standards for social studies.

## Student's Scores and Performance Levels

The chart below shows the student's overall performance in reading and mathematics. The performance levels of Novice and Apprentice are broken into two levels HIGH and LOW for reading and mathematics. The first bar for each subject shows the student's score printed above the bar with the performance level listed above the chart and also signified by the height of the bar. The second bar for each subject shows the school average score printed above the bar. The third bar for each subject shows the district average score printed above the bar. Finally, the fourth bar for each subject shows the state average score printed above the bar.



### About the Student's Performance Levels

**Reading Performance Level: PROFICIENT**
A Proficient student is able to ask and answer questions to demonstrate understanding of a text, referring explicitly to the text as the basis for the answers; determine main idea and theme; recognize that a character's traits, motivations or feelings influence events in a story; sequence events with minimal context clues; determine author's point of view and distinguish personal opinion from the author's point of view.

**Mathematics Performance Level: PROFICIENT**
A student scoring Proficient can represent and solve problems involving the four operations; multiply and divide within 100; show the relationship between multiplication and division within 100; identify an equation to solve problems including those with an unknown; use area models to represent the distributive property; relate area to multiplication and addition; solve problems involving intervals of time to the nearest minute; generate data by measuring lengths using rulers marked with halves and fourths of an inch and graph the data using a line plot; and interpret graphs including line plots, scaled picture graphs and bar graphs.

For further information,
visit the Kentucky Department of Education online at www.education.ky.gov.

School Code: 275260

092619 23300900-275260-0007615

# Jefferson County Public Schools

## Elementary Report Card

School Year: 2019 - 2020

Jefferson County Public Schools (JCPS) provides every student, without exce[ption] both the opportunity and the necessary support to benefit from a high-q[uality] educational experience.

The purpose of the Elementary Report Card is to share your child's successes a[nd] to alert you to any area of concern.

**Performance** (movement toward meeting grade-level expectations)

**Process** (demonstrated work habits/learning behaviors)

| Student's Name | Student's ID Number | Grade | School |
|---|---|---|---|
| Hardhi Karnati | ███████ | 04 | ███████ |

| Teacher's Name | School Phone Number | Principal's Name |
|---|---|---|
| ███████ | (502) 485-8214 | ███████ |

## Performance Codes

**Used for Reading, Writing, Science, Mathematics, and Social Studies in grades four and five**

- A  Above Standards
- B  Meets Standards
- C  Approaching Standards
- D  Below Standards
- U  Substantially Below Standards

**Used for all subjects in P1, P2, P3 and P4 and for Practical Living, Arts and Humanities, and Related Arts Classes in grades four and five**

- O  Outstanding; work is consistently above grade-level expectations/standards
- S  Satisfactory; work meets grade-level expectations/standards
- NI  Needs Improvement; improvement is needed to meet grade-level expectations/standards
- U  Unsatisfactory; work does not meet grade-level expectations/standards
- N/A  Not Applicable - not taught in this grading period

P1 = kindergarten (00)   P3 = grade two (02)
P2 = grade one (01)      P4 = grade three (03)

### Performance

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Reading | B | | | |
| Writing | A | | | |
| Science | A | | | |
| Mathematics | A | | | |
| Social Studies | A | | | |
| **Practical Living** | | | | |
| Physical Education | | | | |
| **Arts and Humanities** | | | | |
| Visual Art | S | | | |
| Music | O | | | |
| **Other** | | | | |
| ES WL SPANISH | S | | | |
| - | | | | |
| - | | | | |
| - | | | | |
| - | | | | |
| - | | | | |

### Attendance

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days Present | 42.00 | | | |
| Days Absent | 00.00 | | | |
| Days Tardy/Early Release | 1 | | | |

Attendance is shown as of 2019-10-30

Assignment for Next School Year:

# Certificate

## 세계 전통 무도 연합회
### WORLD TRADITIONAL MARTIAL ARTS UNION

NO. 01-308689

NAME: Hardhi Karnati

### 1st DAN BLACK BELT

THIS IS TO CERTIFY THAT THE ABOVE NAMED STUDENT HAS ATTAINED BY SUCCESSFULLY COMPLETING THE REQUIREMENTS ACCORDING TO THE RULES AND REGULATIONS OF THE WORLD TRADITIONAL MARTIAL ARTS UNION PROMOTION TEST OF HWANG'S WORLD MARTIAL ARTS ACADEMY.

ON THIS 27 DAY OF April, 2019

*Jung Oh Hwang*
Grand Master
Hwang's World Martial Arts Academy
World Traditional Martial Arts Union

## 단 증

제 52 호
태권도: 1st 단
성 명: Hardhi Karnati
생년월일: 2010 년 1 월 29 일생

위 사람은 본관 심사 규정에 의하여 승급심사
결과 위와 같이 자격을 인정함.

세계 전통 무도 연합회 회장 황 정



