Exhibit M

https://www.youtube.com/watch?v=2xFLCrIzNEA&feature=youtu.be

HappyFamily video created for sentencing