United States District Court
Eastern District of Michigan
Southern Division

United States of America,

    Plaintiff,

v.

D3 – Phanideep Karnati

    Defendant.

_____/

No. 19-20026

Hon. Gershwin A. Drain

## United States Motion to Strike Pleading (#129)

On January 2, 2020, the United States filed a sentencing memorandum in the above-captioned case. (R.129: Government sentencing memorandum). The United States neglected to redact a portion of the memorandum. Therefore, the United States hereby requests that the Court strike the pleading under Eastern District of Michigan Local Rule 5.2, Appendix ECF, Rule 14. On January 7, 2020, the United States sought and received defense counsel's concurrence to the motion.

Respectfully Submitted,

MATTHEW SCHNEIDER
United States Attorney

Dated: January 7, 2020

*s/Timothy P. McDonald*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
timothy.mcdonald@usdoj.gov
(313) 226-0221