UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

    Plaintiff,

v.

D-3 PHANIDEEP KARNATI,

    Defendant.

Criminal No. 19-cr-20026

HON. GERSHWIN A. DRAIN

---

**SUPPLEMENTAL SENTENCING MEMORANDUM**

---

Although the government's sentencing memorandum cites a January 16, 2018, WhatsApp chat between Mr. Karnati and "Naveen," it omits the most relevant correspondence that occurred between the parties. In fact the following exchange occurs in the same chat relied upon by the government:

```
----------------------------------
From: ███████████.whatsapp.net naveen (██████████
Timestamp: 1/16/2018 06:30(UTC-5)
Source App: WhatsApp
Body:
final question is does Farmington has Class based program or not?
----------------------------------
From: From: 15027759375@s.whatsapp.net Phanideep (owner)
Timestamp: 1/16/2018 06:30(UTC-5)
Source App: WhatsApp
Body:
Online !
----------------------------------
```

Based on the reasons previously discussed in defendant's Sentencing Memorandum (ECF No. 130, filed 1/2/20), Mr. Karnati respectfully requests the Court render a non-custodial sentence in this matter.

Respectfully Submitted,

/s/ Anjali Prasad
ANJALI PRASAD (P75771)
Prasad Legal, PLLC
117 W. Fourth Street, Suite 201
Royal Oak, MI 48067
(248) 733-5006
aprasad@prasadlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will send notification of such filing to all registered parties.

/s/ Anjali Prasad
Anjali Prasad (P75771)