UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Phanideep Karnati,

    Defendant.

No. 19-cr-20026

Hon. Gershwin A. Drain

**FILED FEB 02 2020 CLERK'S OFFICE U.S. DISTRICT COURT**

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, **Phanideep Karnati**, and states:

Defendant is charged in this case with Conspiracy to commit visa fraud and harbor aliens, 18 U.S.C. § 371. Defendant is currently incarcerated at the St. Clair County Jail and is in the custody of Sheriff Tim Donnellon.

Defendant's Motion Hearing has been scheduled for Tuesday, February 25, 2020 at 2:00 before the Honorable Gershwin A. Drain, United States District Judge, in Room 761 of the Theodore Levin U.S. District Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the **St. Clair County Jail Sheriff**, the United States Marshals Service, and any other interested federal law enforcement officer to produce **Phanideep Karnati** before the judicial officer and at the place and time stated above.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*/s/ Timothy P. McDonald*
Timothy P. McDonald
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Timothy.McDonald@usdoj.gov
(313) 226-0221
P-64562

Date:
2/3/2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Phanideep Karnati,

    Defendant.

No. 19-cr-20026

Hon. Gershwin A. Drain

## ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

                                                    Honorable Anthony P. Patti
                                                    United States Magistrate Judge

Date: February 3, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Phanideep Karnati,

   Defendant.

No. 19-cr-20026

Hon. Gershwin A. Drain

---

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

TO:   The St. Clair County Jail Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce **defendant Phanideep Karnati** before the Honorable **Gershwin A. Drain**, United States District Judge, in Room 761 of the Theodore Levin U.S. District Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan on Tuesday, February 25, 2020, at 2:00 for his Motion Hearing; and you are also directed to return **defendant Phanideep Karnati** to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

DAVID J. WEAVER
Clerk
By: _/s/_
Deputy Clerk

(Seal)