UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

D-3 Phanideep Karnati,

    Defendant.

Criminal No. 19-cr-20026

Hon. Gershwin A. Drain

## Amended Preliminary Order of Forfeiture

A Stipulated Preliminary Order of Forfeiture was entered on December 6, 2019, providing for the Defendant's forfeiture to the United States of $11,700 in lieu of forfeiture of real property located at 10808 Symington Circle, Louisville, Kentucky 40241 ("Substitute Proceeds"). The Substitute Proceeds were to be paid in the form of a Cashier's Check made payable to the "U.S. Customs and Border Protection." ECF 126.

Through inadvertence on the Government's part, the Stipulated Preliminary Order of Forfeiture includes a clerical error, incorrectly

identifying the agency authorized to dispose of the Substitute Proceeds as the United States Marshals Service, rather than the U.S. Customs and Border Protection.

Upon the Government's unopposed Application for Entry of Amended Preliminary Order of Forfeiture, the Court otherwise being advised in all the premises, and pursuant to Federal Rule of Criminal Procedure 36, **IT IS HEREBY ORDERED THAT**

1. The Stipulated Preliminary Order of Forfeiture, the terms of which are incorporated herein by reference, shall be amended at paragraph 4 to state that the **U.S. Customs and Border Protection** is **AUTHORIZED** to dispose of the Forfeited Substitute Proceeds according to law.

[*The remainder of this page intentionally left blank.*]

2.	Upon entry of this Order this correction shall be incorporated by reference into the December 6, 2019 Stipulated Preliminary Order of Forfeiture, and the December 6, 2019 Stipulated Preliminary Order of Forfeiture shall remain the same in all other respects.

**IT IS SO ORDERED.**

Dated: February 4, 2020

s/Gershwin A. Drain
Honorable Gershwin A. Drain
United States District Judge
